**Subject:** UI hearing - Monique McCurry (20602969MW)
**From:** "Rubsam, Andrew J - DWD" <Andrew.Rubsam@dwd.wisconsin.gov>
**Date:** 6/9/20, 1:29 PM
**To:** "Forberger, Victor" <vforberger@fastmail.fm>

Dear Atty. Forberger,

Ms. McCurry appealed the denial of her claim for UI benefits. She is ineligible for each week of each month that she receives SSDI—this is well-settled. It is questionable to me what purpose her appeal serves.

Please let me know whether she intends to withdraw (or please contact the hearing office to withdraw the appeal).

She has also filed a claim for Pandemic Unemployment Assistance ("PUA"). Her claim for PUA will be on hold until her UI denial becomes final. Regardless, US-DOL has informed DWD that recipients of SSDI are ineligible for PUA in Wisconsin based on the state law ineligibility.

Sincerely,

Andy Rubsam, Esq.
Bureau of Legal Affairs
Unemployment Insurance Division
Wisconsin Department of Workforce Development
PO Box 8942
Madison, WI 53708
608-261-9440
andrew.rubsam@dwd.wi.gov