# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN BEMKE (on behalf of himself and others similarly situated),
SCOTT COLLETT (on behalf of himself and others similarly situated),
JOHN FERIOZZI (on behalf of himself and others similarly situated),
JUDY FINTZ (on behalf of herself and others similarly situated),
SARAH JAMIESON (on behalf of herself and others similarly situated),
EVAN JOHNSON (on behalf of herself and others similarly situated),
TRACY LONG (on behalf of herself and others similarly situated), and
CLIFFORD NEUMANN (on behalf of herself and others similarly situated),

          Plaintiffs,

Case No. 21-cv-560

v.

AMY PECHACEK, in her official capacity as Secretary-designee of the State of Wisconsin Department of Workforce Development,

          Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Axley Brynelson, LLP, by Attorney Heath P. Straka, appears for and represents Plaintiffs Brian Bemke, Scott Collett, John Feriozzi, Judy Fintz, Sarah Jamieson, Evan Johnson, Tracy Long, and Clifford Neumann in the above action, and requests that all pleadings and documents herein be served upon the undersigned by U.S. mail or via electronic filing.

Dated this 8th day of September, 2021.

        AXLEY BRYNELSON, LLP

        *s/ Heath P. Straka*
        Heath P. Straka, SBN 1031351
        2 East Mifflin Street, Suite 200
        Post Office Box 1767
        Madison, WI 53701-1767
        Telephone: (608) 257-5661
        Facsimile: (608) 257-5444
        hstraka@axley.com