IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN BEMKE, SCOTT COLLETT,
JOHN FERIOZZI, JUDY FINTZ, SARAH
JAMIESON, EVAN JOHNSON, TRACY
LONG, and CLIFFORD NEUMANN,

      Plaintiffs,

v.             Case No. 21-cv-560

AMY PECHACEK, in her official capacity
as Secretary-designee of the State of Wisconsin
Department of Workforce Development,

      Defendant.

## PLAINTIFFS' LIABILITY EXPERT WITNESS DISCLOSURES

NOW COME the Plaintiffs, by and through their undersigned counsel, who hereby make the following disclosures of liability expert witnesses who may be called to testify at trial:

      I.  SPECIALLY RETAINED

1. Andrew Stettner
   The Century Foundation
   2040 S Street
   NW 2nd Floor
   Washington DC 20009
   715-877-2044

   Mr. Stettner will serve as an expert for the plaintiffs on liability related issues in this case as set forth in detail in the attached written report. Any contact with Mr. Stettner should be made through plaintiffs' undersigned attorneys.

2. Rebecca Vallas
   The Century Foundation

1

2040 S Street
NW 2nd Floor
Washington DC 20009
715-877-2044

Ms. Vallas will serve as an expert for the plaintiffs on liability related issues in this case as set forth in detail in the attached written report. Any contact with Ms. Vallas should be made through plaintiffs' undersigned attorneys.

## II.   TREATERS

Each individual plaintiff has treating physicians who submitted information to the Social Security Administration with respect to the plaintiff's application for SSDI benefits. The plaintiffs are still waiting for the SSA to produce their files. However, each plaintiff names the treater(s) who provided information to the SSA for the purposes of testifying in a manner consistent with the information provided by that treater to the SSA.

1. Hani Alboushi, MD
   Aurora Family Medicine
   2414 Kohler Memorial Drive
   Sheboygan, WI 53081

   This expert will testify about Tracy Long's disability.

2. Theodore Grutell, MD
   Milwaukee Orthopaedic Group, Ltd.
   1218 W Kilbourn Ave., Ste. 301
   Milwaukee, WI 53233

   This expert will testify about John Feriozzi's disability.

3. Sherri M. Hansen, MD.
   Psychiatric Services
   2727 Marshall Court
   Madison, WI 53705

   This expert will testify about Sarah Jamieson's disability.

4. Jeffrey A. Jacoby, MD, FAAOS
   1975 Lin Lor Lane
   Plaza Suite
   Elgin, IL 60123

This expert will testify about Tracy Long's disability

5. James Lloyd, MD
   Associates of Neurological Surgery
   13105 W Bluemound Rd., Ste. 150
   Brookfield, WI 53005
   This expert will testify about John Feriozzi's disability.

6. Jonathan Pond, MD
   Aurora Orthopedics
   2600 Kiley Way
   Plymouth, WI 53073

   This expert will testify about Tracy Long's disability.

   Plaintiffs reserve the right to supplement or amend these disclosures.

   Dated this 13th day of July, 2022.

   **GINGRAS, THOMSEN & WACHS, LLP**

   */s/ Paul A. Kinne*
   Paul A. Kinne
   State Bar #1021493
   Riley C. Leonard
   State Bar #1101452
   8150 Excelsior Drive
   Madison, WI 53717
   Tel: 608-833-2632
   Fax: 608-833-2874
   kinne@gtwlawyers.com
   rleonard@gtwlawyers.com

   **AXLEY BRYNELSON, LLP**
   */s/ Heath P. Straka*
   Heath P. Straka
   State Bar #1031351
   2 E. Mifflin Street, Ste. 200
   Madison, WI 53701
   Tel: 608-283-6755
   Fax: 608-257-5444
   hstraka@axley.com

3

**VICTOR FORBERGER, ESQ.**

*/s/ Victor Forberger*
Victor Forberger
State Bar #1070634
2509 Van Hise Ave
Madison, WI 53705
Tel: 608-352-0138
Fax: 608-316-2741
vforberger@fastmail.fm

*Attorneys for Plaintiffs*