IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN BEMKE, SCOTT COLLETT,
JOHN FERIOZZI, JUDY FINTZ, SARAH
JAMIESON, EVAN JOHNSON, TRACY
LONG, and CLIFFORD NEUMANN,

                Plaintiffs,

v.                                                 Case No. 21-cv-560

AMY PECHACEK, in her official capacity
as Secretary-designee of the State of Wisconsin
Department of Workforce Development,

                Defendant.

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that the plaintiffs, by and through their undersigned counsel, hereby move the Court for partial summary judgment pursuant to Federal Rule of Civil Procedure 56(a) on Plaintiffs' first claim of discrimination in violation of the Americans with Disabilities Act (ADA) and Section 504 of the Rehabilitation Act against Defendant Amy Pechacek. The grounds for this motion are set forth in the accompanying brief and supporting documents.

Defendant is hereby notified that if they do not oppose the moving party's proposed facts that properly rely on evidentiary submissions in the record, the Court will accept the facts as unopposed. Defendant is directed to Fed. R. Civ. P. 56 and the procedures set forth in the Court's Preliminary Pretrial Conference Order governing summary judgment procedure.

Dated this 12th day of August, 2022.

**GINGRAS, THOMSEN & WACHS, LLP**

*/s/ Paul A. Kinne*
Paul A. Kinne
State Bar #1021493
Riley C. Leonard
State Bar #1101452
8150 Excelsior Drive
Madison, WI 53717
Tel: 608-833-2632
Fax: 608-833-2874
kinne@gtwlawyers.com
rleonard@gtwlawyers.com

**AXLEY BRYNELSON, LLP**

*/s/ Heath P. Straka*
Heath P. Straka
State Bar #1031351
2 E. Mifflin Street, Ste. 200
Madison, WI 53701
Tel: 608-283-6755
Fax: 608-257-5444
hstraka@axley.com

**VICTOR FORBERGER, ESQ.**

*/s/ Victor Forberger*
Victor Forberger
State Bar #1070634
2509 Van Hise Ave
Madison, WI 53705
Tel: 608-352-0138
Fax: 608-316-2741
vforberger@fastmail.fm

*Attorneys for Plaintiffs*