ID: 210013091 PAGE 1 OF 2
SEE REVERSE SIDE FOR
IMPORTANT INFORMATION

Case: 3:21-cv-00560-wmc   Document #: 51-4   Filed: 08/12/22   Page 1 of 4

State of Wisconsin
Department of Workforce Development
Unemployment Insurance Division



SS # ###-##-2892    UI LO #: 14
UI Acct. #:

# DETERMINATION

SCOTT I COLLETT
5817 W ROOSEVELT DR
MILWAUKEE  WI  53216-3157

| Issue Week: | 11/20 | Applicable | |
|---|---|---|---|
| Week Ending: | 03/14/20 | Wisconsin Law: | 108.04(2)(H); 108.04(12)(F) |

FINDINGS AND DETERMINATION OF THE DEPUTY:

THE CLAIMANT IS RECEIVING SOCIAL SECURITY DISABILITY PAYMENTS.
THE CLAIMANT CANNOT RECEIVE SOCIAL SECURITY DISABILITY PAYMENTS AND
UNEMPLOYMENT INSURANCE BENEFITS CONCURRENTLY.

EFFECT

BENEFITS ARE DENIED WHILE THE CLAIMANT IS RECEIVING SOCIAL SECURITY
DISABILITY PAYMENTS.

IF YOU ARE NO LONGER RECEIVING SSDI, CALL 1-414-435-7069. YOU MUST
PROVIDE DOCUMENTATION OF THIS FROM THE SOCIAL SECURITY ADMINISTRATION.

THIS DECISION RESULTS IN AN OVERPAYMENT OF $ 2418.00 WHICH MUST
BE REPAID BY THE CLAIMANT.

SEND A CHECK OR MONEY ORDER, PAYABLE TO UNEMPLOYMENT INSURANCE,
TO THE UNEMPLOYMENT INSURANCE DIVISION, P.O. BOX 7888, MADISON, WI 53707.

THE DEPARTMENT WILL WITHHOLD UNEMPLOYMENT BENEFITS PAYABLE FOR FUTURE
WEEKS TO OFFSET OVERPAYMENTS OF UNEMPLOYMENT INSURANCE AND OTHER
SPECIAL PROGRAM BENEFITS THAT MUST BE REPAID TO THIS STATE, TO
ANOTHER STATE, OR TO THE FEDERAL GOVERNMENT.

RECOVERY OF THE OVERPAYMENT PAID UNDER THE WISCONSIN UNEMPLOYMENT INSURANCE
PROGRAM IS NOT WAIVED UNDER S. 108.22(8)(C) BECAUSE THE ERRONEOUS
PAYMENT(S) WERE NOT THE RESULT OF DEPARTMENTAL ERROR AND/OR THEY WERE THE
RESULT OF THE CLAIMANT'S FAILURE TO PROVIDE CORRECT AND COMPLETE
INFORMATION TO THE DEPARTMENT.

THE DEPARTMENT MAY ISSUE A WARRANT TO SECURE THE DEBT FOR THE STATE
OF WISCONSIN. A WARRANT IS A PUBLIC RECORD OF A LIEN ON YOUR PROPERTY
AND MAY AFFECT YOUR CREDIT RATING.

| Deputy | Dated | Decision final unless an appeal is received or postmarked by: |
|---|---|---|
| ADJUDICATOR 0147 | 01/15/21 | 01/29/21 |

UCB-20 (R. 04/09/2019) (U00242)

**THIS INFORMATION IS IMPORTANT AND SHOULD BE READ IMMEDIATELY**

This determination resolves an unemployment eligibility issue. If you have questions about this determination contact the Claimant Assistance Line during business hours, or contact the department by mail or fax.

If you have questions about employer charges or want to notify the department of an additional issue(s), contact the Employer Assistance Line during business hours, or contact the department by mail or fax.

| | |
|---|---|
| Claimant Assistance Line: (414) 435-7069<br>Employer Assistance Line: (414) 438-7705<br>See https://dwd.wisconsin.gov/uiben/services.htm for hours of operation. | Wisconsin Unemployment Help Center<br>P.O. Box 9001<br>Menomonee Falls, WI 53052<br>FAX: (608) 260-3060 |

**If you intend to appeal, you must file an appeal by the date stated on the front side of this determination regardless of whether you have been able to reach the department by telephone, mail, or fax.**

## HOW TO FILE AN APPEAL

**IF YOU DISAGREE WITH THIS DETERMINATION, YOU HAVE THE RIGHT TO FILE AN APPEAL.** An appeal is a request for a hearing before the Appeal Tribunal. You must submit a separate request for each determination you want to appeal.

To be timely, your appeal must be received or postmarked by the last appeal date shown on the front of this determination. If filing by fax or online, your appeal **must be received by midnight (Central Time).**

Filing by mail or fax include:

* A copy of the determination or the 9-digit ID number located in the upper left-hand corner
* Claimant name and social security number
* Indication if it is a claimant or employer appeal
* Employer name and location where the work was performed
* Representative name and address, if you have one
* Dates and times when you and your witness(es) and/or representatives cannot attend a hearing
* Any special needs such as an interpreter or other accommodations
* Claimant, employer or representative signature and date signed

Appeals received or postmarked after the deadline **must** include a reason why you are filing late. The Appeal Tribunal will review the reason and determine whether a hearing will be held or will dismiss the appeal without a hearing and the determination will remain final.

## WHERE TO FILE AN APPEAL

| | | |
|---|---|---|
| **Online:** | **CLAIMANTS** | https://my.unemployment.wisconsin.gov |
| | **EMPLOYERS** | https://dwd.wisconsin.gov/ui/sides |
| **Fax:** | (608) 327-6498 | |
| **Mail:** | Madison Hearing Office<br>P.O. Box 7975<br>Madison, WI 53707 | |

**IMMEDIATELY START PREPARING FOR A HEARING SINCE HEARING NOTICES MAY BE MAILED ONLY 6 DAYS PRIOR TO THE SCHEDULED HEARING.**

When an appeal is filed, read the online booklet, Attending an Unemployment Insurance Hearing, available for viewing and printing at https://dwd.wisconsin.gov/dwd/publications/ui/hearing.htm. **Read all information carefully.**

**If you are the claimant, you must continue to file weekly claims while this determination is under appeal.** If you have any questions, refer to the online Handbook for Claimants at https://dwd.wisconsin.gov/uiben/handbook.

UCB-20 (R. 08/28/2019) (U00243)

DWD 001180

ID: 210013091 PAGE 2 OF 2
SEE REVERSE SIDE FOR
IMPORTANT INFORMATION

Case: 3:21-cv-00560-wmc   Document #: 51-4   Filed: 08/12/22   Page 3 of 4

State of Wisconsin
Department of Workforce Development
Unemployment Insurance Division



SS # ###-##-2892    UI LO #: 14
                    UI Acct. #:

# DETERMINATION

SCOTT I COLLETT
5817 W ROOSEVELT DR
MILWAUKEE  WI 53216-3157

| Issue Week: | 11/20 | Applicable | |
|---|---|---|---|
| Week Ending: | 03/14/20 | Wisconsin Law: | 108.04(2)(H); 108.04(12)(F) |

**FINDINGS AND DETERMINATION OF THE DEPUTY:**

THIS DETERMINATION ALSO RESULTS IN AN OVERPAYMENT OF FEDERAL PANDEMIC
UNEMPLOYMENT COMPENSATION (FPUC) BENEFITS THAT MUST BE REPAID. YOU
WILL RECEIVE A SEPARATE "UCB-28 NOTICE OF FEDERAL PANDEMIC UNEMPLOYMENT
COMPENSATION OVERPAYMENT" REGARDING THE AMOUNT OF FPUC BENEFITS THAT
MUST BE REPAID.

YOU MAY QUALIFY FOR PANDEMIC UNEMPLOYMENT ASSISTANCE (PUA) IF YOU MEET
CERTAIN CONDITIONS.  GO TO HTTPS://DWD.WISCONSIN.GOV/UIBEN/PUA/
FOR MORE INFORMATION.  TO APPLY, LOGON TO MY.UNEMPLOYMENT.WISCONSIN.GOV
AND USE THE LINK ON YOUR DASHBOARD TO APPLY FOR PUA ONLINE.

| Deputy | Dated | Decision final unless an appeal is received or postmarked by: |
|---|---|---|
| ADJUDICATOR 0147 | 01/15/21 | 01/29/21 |

UCB-20 (R. 04/09/2019) (U00242)

DWD 001181

**THIS INFORMATION IS IMPORTANT AND SHOULD BE READ IMMEDIATELY**

This determination resolves an unemployment eligibility issue.  If you have questions about this determination contact the Claimant Assistance Line during business hours, or contact the department by mail or fax.

If you have questions about employer charges or want to notify the department of an additional issue(s), contact the Employer Assistance Line during business hours, or contact the department by mail or fax.

| Claimant Assistance Line: (414) 435-7069<br>Employer Assistance Line: (414) 438-7705<br>See https://dwd.wisconsin.gov/uiben/services.htm for hours of operation. | Wisconsin Unemployment Help Center<br>P.O. Box 9001<br>Menomonee Falls, WI  53052<br>FAX:  (608) 260-3060 |
|---|---|

**If you intend to appeal, you must file an appeal by the date stated on the front side of this determination regardless of whether you have been able to reach the department by telephone, mail, or fax.**

## HOW TO FILE AN APPEAL

**IF YOU DISAGREE WITH THIS DETERMINATION, YOU HAVE THE RIGHT TO FILE AN APPEAL.  An appeal is a request for a hearing before the Appeal Tribunal.  You must submit a separate request for each determination you want to appeal.**

To be timely, your appeal must be received or postmarked by the last appeal date shown on the front of this determination.  If filing by fax or online, your appeal **must be received by midnight (Central Time).**

Filing by mail or fax include:

* A copy of the determination or the 9-digit ID number located in the upper left-hand corner
* Claimant name and social security number
* Indication if it is a claimant or employer appeal
* Employer name and location where the work was performed
* Representative name and address, if you have one
* Dates and times when you and your witness(es) and/or representatives cannot attend a hearing
* Any special needs such as an interpreter or other accommodations
* Claimant, employer or representative signature and date signed

Appeals received or postmarked after the deadline **must** include a reason why you are filing late.  The Appeal Tribunal will review the reason and determine whether a hearing will be held or will dismiss the appeal without a hearing and the determination will remain final.

## WHERE TO FILE AN APPEAL

**Online:**  **CLAIMANTS**  https://my.unemployment.wisconsin.gov
           **EMPLOYERS**  https://dwd.wisconsin.gov/ui/sides

**Fax:**  (608) 327-6498

**Mail:**  Madison Hearing Office
         P.O. Box 7975
         Madison, WI  53707

**IMMEDIATELY START PREPARING FOR A HEARING SINCE HEARING NOTICES MAY BE MAILED ONLY 6 DAYS PRIOR TO THE SCHEDULED HEARING.**

When an appeal is filed, read the online booklet, Attending an Unemployment Insurance Hearing, available for viewing and printing at https://dwd.wisconsin.gov/dwd/publications/ui/hearing.htm.  **Read all information carefully.**

**If you are the claimant, you must continue to file weekly claims while this determination is under appeal.**  If you have any questions, refer to the online Handbook for Claimants at https://dwd.wisconsin.gov/uiben/handbook.

UCB-20 (R. 08/28/2019) (U00243)

DWD 001182