IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN BEMKE, SCOTT COLLETT, JOHN
FERIOZZI, JUDY FINTZ, SARAH
JAMIESON, EVAN JOHNSON, TRACY
LONG, and CLIFFORD NEUMANN

    Plaintiffs,

v.                                                          Case No. 21-cv-560

AMY PECHACEK, in her official capacity as
Secretary-designee of the State of Wisconsin
Department of Workforce Development

    Defendant.

## DECLARATION OF SCOTT COLLETT

I, Scott Collett, under penalty of perjury declare as follows:

1. I have been diagnosed with chronic liver disease, and I applied for SSDI (Social Security Disability Insurance) during the summer of 2020.

2. While waiting for a liver transplant, I worked as concierge and room service staffer at the Hyatt Regency in Milwaukee.

3. When the hotel closed in mid-March 2020 because of the pandemic, I was laid off during the week ending 3/14/2020 and began collecting regular unemployment benefits. My weekly benefit rate at that time was $124.

4. My application for SSDI (Social Security Disability Insurance) benefits was approved in July 2020. The first payment of SSDI benefits was made during the week ending 8/8/2020.

5. When I reported my new SSDI eligibility, the Department immediately stopped paying me any unemployment benefits.

6. In a determination issued on 1/15/2021, the Department found that I was not eligible for any regular unemployment benefits because of the SSDI eligibility ban and ordered a repayment of all the benefits I had previously received ($2418 in regular unemployment benefits, not including any PUC amounts).

7. Due to my chronic liver disease, I expect to remain eligible for SSDI benefits for the foreseeable future.

Dated this 8th day of August, 2022.

*s/ Scott Collett*
Scott Collett