IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN BEMKE, SCOTT COLLETT, JOHN
FERIOZZI, JUDY FINTZ, SARAH
JAMIESON, EVAN JOHNSON, TRACY
LONG, and CLIFFORD NEUMANN

      Plaintiffs,

v.                                                    Case No. 21-cv-560

AMY PECHACEK, in her official capacity as
Secretary-designee of the State of Wisconsin
Department of Workforce Development

      Defendant.

## DECLARATION OF SARAH JAMIESON

I, Sarah Jamieson, under penalty of perjury declare as follows:

1. I am disabled because of depression and other issues and began receiving SSDI benefits in approximately 2008.

2. In August 2018, the Department charged me with an over-payment of $1,772 for receiving regular unemployment benefits in 2016 while also receiving SSDI benefits, an over-payment of $833 for receiving regular unemployment benefits in 2015 while also receiving SSDI benefits, and an over-payment of $2,611 for receiving regular unemployment benefits in 2014 while also receiving SSDI benefits. See attached Initial Determinations 180471030, 180498090, 180504850.

3. In August 2018, DWD also rejected my application for unemployment benefits because I was receiving SSDI payments.

4. The Department began recovering these amounts through intercepts (also called offsets) of state income tax refunds.

5. In early February 2020 (week 6), my then job at a residential facility was eliminated for reasons unrelated to the pandemic, and I filed for unemployment benefits. I qualified for a weekly benefit rate of $180 per week.

6. Because of my SSDI benefits, I was not eligible for regular unemployment benefits. See attached Initial Determination 200150335.

7. I subsequently started a new job in early March 2020 (week 10) as a receptionist at a hospital. When the hospital partially closed because of the pandemic, I applied for and eventually received PUA benefits for these weeks of no work. The PUA benefit payments paid to me, however, were reduced by the remaining amounts in regular unemployment benefits which I owed.

8. I have since "retired" as of March 2021 and am no longer receiving SSDI benefits. Instead, I am now receiving regular Social Security benefits. Accordingly, when my hospital receptionist job ended in early October 2021, I began receiving regular unemployment benefits.

Dated this 9th day of August, 2022.

*s/ Sarah Jamieson*
Sarah Jamieson