ID: 200064342 PAGE 1 OF 1
SEE REVERSE SIDE FOR
IMPORTANT INFORMATION

Case: 3:21-cv-00560-wmc    Document #: 51-11    Filed: 08/12/22    Page 1 of 1

State of Wisconsin
Department of Workforce Development
Unemployment Insurance Division



SS # ●●●-●●-7974    UI LO #: 05
UI Acct. #:

# DETERMINATION

EVAN D JOHNSON SR
7805 CALLON AVE
WESTON  WI  54476-3218

| Issue Week: 13/20 | Applicable Wisconsin Law: 108.04(2)(H); 108.04(12)(F) |
| Week Ending: 03/28/20 | |

**FINDINGS AND DETERMINATION OF THE DEPUTY:**

THE CLAIMANT REPORTED RECEIVING SOCIAL SECURITY DISABILITY PAYMENTS.
THE CLAIMANT CANNOT RECEIVE SOCIAL SECURITY DISABILITY PAYMENTS AND
UNEMPLOYMENT INSURANCE BENEFITS CONCURRENTLY.

EFFECT

BENEFITS ARE DENIED WHILE THE CLAIMANT IS RECEIVING SOCIAL SECURITY
DISABILITY PAYMENTS.

IF YOU ANSWERED IN ERROR, OR YOUR CIRCUMSTANCES HAVE CHANGED, CALL
1-414-435-7069.

| Deputy | Dated | Decision final unless an appeal is received or postmarked by: |
|---|---|---|
| ADJUDICATOR 5186 | 05/06/20 | 05/20/20 |

UCB-20 (R. 04/09/2019) (U00242)

DWD 000251