IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN BEMKE, SCOTT COLLETT, JOHN
FERIOZZI, JUDY FINTZ, SARAH
JAMIESON, EVAN JOHNSON, TRACY
LONG, and CLIFFORD NEUMANN

        Plaintiffs,

v.                                    Case No. 21-cv-560

AMY PECHACEK, in her official capacity as
Secretary-designee of the State of Wisconsin
Department of Workforce Development

        Defendant.

## DECLARATION OF EVAN JOHNSOIN

I, Evan Johnson, under penalty of perjury declare as follows:

1. I am disabled because of severe cartilage degeneration in my joints and a major leg break I suffered during a woodcutting accident in 2015.

2. My application for SSDI (Social Security Disability Insurance) benefits was approved in February 2020.

3. At the time my SSDI application was approved, I was working as a truck driver for a truck rental company. I had been working that job since August 2016, and I worked around 14 hours per week. This was what my physical disabilities would allow me to do.

4. My application for SSDI benefits was approved even though I was working for a limited extent at that time.

5. For the week ending 3/28/2020, my hours were reduced substantially because of the pandemic. Later, during the week ending 10/17/2020 (week 42) my job was eliminated completely because of the pandemic.

6. In early April 2020, I applied for regular unemployment benefits. That claim was denied in Initial Determination 200064342, dated 5/6/2020.

Dated this 8th day of August, 2022.

<u>s/ Evan Johnson</u>  
Evan Johnson