IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN BEMKE, SCOTT COLLETT, JOHN
FERIOZZI, JUDY FINTZ, SARAH
JAMIESON, EVAN JOHNSON, TRACY
LONG, and CLIFFORD NEUMANN

        Plaintiffs,

v.                                                                              Case No. 21-cv-560

AMY PECHACEK, in her official capacity as
Secretary-designee of the State of Wisconsin
Department of Workforce Development

        Defendant.

---

## DECLARATION OF TRACY LONG

I, Tracy Long, under penalty of perjury declare as follows:

1. Around July 2019, I suffered a severe workplace injury and subsequently lost a manufacturing job because of that injury.

2. As of the week ending 8/31/2019, I qualified for and began receiving regular unemployment benefits with a weekly benefit rate of $370/$290 as I looked for another job.

3. I also applied for SSDI (Social Security Disability Insurance) benefits because of numerous back problems, migraine headaches, anxiety, depression, and post-traumatic stress disorder (PTSD) and because these impairments prevent me from transitioning to other work in which I can have substantial and gainful employment.

4. In a decision dated 9/21/2020 (attached), an administrative law judge for the SSA (Social Security Administration) found that I had been disabled under sections 216(i) and 223(d) of the Social Security Act since July 1, 2019.

5. In a notice dated 10/17/2020 (attached), the SSA (Social Security Administration) approved payment of SSDI benefits due to me being disabled and being unable to perform substantial and gainful activity.

6. The first payment of SSDI benefits was made on or about 10/13/2020 (week 42), a few days before a notice dated October 17th was mailed to me.

7. I have since applied for unemployment benefits for week 3 of 2021 (week ending 1/16/21) and week 7 of 2021 (week ending 2/13/21).

8. I was found to be ineligible for unemployment benefits by reason of receiving SSDI benefits for all weeks since I started receiving SSDI benefits in October 2020.

9. In early November 2021, I found a new job. I worked there about 20 hours a week, while still being disabled and eligible for and receiving SSDI benefits. I worked there until March 18, 2022.

10. On March 21, 2022, I began another job with Blain's Farm and Fleet working 16 hours per week. I have continued working while still being disabled and eligible for and receiving SSDI benefits.

Dated this 8th day of August, 2022.

<u>s/ Tracy Long</u><br>Tracy Long

Case: 3:21-cv-00560-wmc Document #: 51-14 Filed: 08/12/22 Page 3 of 3