ID: 200...0470
SEE REVERSE SIDE FOR IMPORTANT INFORMATION
PAGE 1 OF 1

State of Wisconsin
Department of Workforce Development
Unemployment Insurance Division

SS = ***-**-****
UI LO #: 01
UI Acct #:

# DETERMINATION

CLIFFORD T NEUMAN
1123 9TH AVE
GRAFTON  WI  53024-1819

| | |
|---|---|
| Issue Week: | 16/20 |
| Week Ending: | 04/18/20 |
| Applicable Wisconsin Law: | 108.04(2)(H); 108.04(12)(F) |

**FINDINGS AND DETERMINATION OF THE DEPUTY:**

THE CLAIMANT REPORTED RECEIVING SOCIAL SECURITY DISABILITY PAYMENTS. THE CLAIMANT CANNOT RECEIVE SOCIAL SECURITY DISABILITY PAYMENTS AND UNEMPLOYMENT INSURANCE BENEFITS CONCURRENTLY.

**EFFECT**

BENEFITS ARE DENIED WHILE THE CLAIMANT IS RECEIVING SOCIAL SECURITY DISABILITY PAYMENTS.

IF YOU ANSWERED IN ERROR, OR YOUR CIRCUMSTANCES HAVE CHANGED, CALL 1-414-435-7069.