IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN BEMKE, SCOTT COLLETT, JOHN
FERIOZZI, JUDY FINTZ, SARAH
JAMIESON, EVAN JOHNSON, TRACY
LONG, and CLIFFORD NEUMANN

       Plaintiffs,

v.                                                                    Case No. 21-cv-560

AMY PECHACEK, in her official capacity as
Secretary-designee of the State of Wisconsin
Department of Workforce Development

       Defendant.

## DECLARATION OF CLIFFORD NEUMANN

I, Clifford Neumann, under penalty of perjury declare as follows:

1. I am learning disabled and suffer from a severe stutter.

2. I first started receiving SSDI (Social Security Disability Insurance) benefits in 2011.

3. I worked in 2014, 2015 and 2016 (until around April of that year) at Kapco as a general laborer.

4. In 2016, I also worked at Clearshot Manufacturing as a machine operator, at Mega Marts as a stocker, at Laser Shop as a general laborer, and at Home Depot as a store associate. Despite this work, I was unemployed around 11 weeks that year.

5. In 2017, I began working at Sendik's as a stocker. Because of changes in my jobs, I was unemployed approximately 3 weeks in 2017.

6. In 2018 I was not off at all during my work at Sendik's.

7. In 2019, I worked at Sendik's before I left that job for a job at RMG Machining. I was unemployed approximately 3 weeks in 2019 while I was between jobs.

8. In 2020 I continued to work at RMG Machining. I also worked a few hours each at a Piggly Wiggly store.

9. In June 2020, I was laid off at RMG Machining because of the pandemic.

10. In Initial Determination 200770470, attached, I was denied regular unemployment benefits because of the SSDI eligibility ban.

11. I found new work in September 2020 at another manufacturer company called SunLite Plastics as a general laborer and that work lasted until the week ending 1/23/2021.

12. I was unemployed until the week ending 5/15/2021 when I found new work at another manufacturing company called Molded Dimensions. Because of the SSDI eligibility ban, I cannot receive regular unemployment weeks for these weeks of unemployment.

Dated this 9th day of August, 2022.

*s/ Clifford Neumann*
Clifford Neumann