UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN BEMKE, SCOTT COLLETT,
JOHN FERIOZZI, JUDY FINTZ, SARAH
JAMIESON, EVAN JOHNSON, TRACY
LONG, and CLIFFORD NEUMANN,

      Plaintiffs,

v.                 Case No. 21-cv-560

AMY PECHACEK, in her official capacity
as Secretary-designee of the State of Wisconsin
Department of Workforce Development,

      Defendant.

---

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

---

NOW COME the plaintiffs, by and through their undersigned counsel, who hereby move this Court pursuant to Fed. R. Civ. P. 23 to certify classes.

Filed concurrently in support of this motion are the following documents: (1) Brief in Support of Plaintiffs' Motion for Class Certification; and (2) the Declaration of Paul A. Kinne in Support of Plaintiffs' Motion for Class Certification.

Submitted this 9th day of January, 2023.

                 GINGRAS, THOMSEN & WACHS, LLP

                 */s/ Paul A. Kinne*
                 Paul A. Kinne (SBN: 1021493)
                 Riley C. Leonard (SBN: 1101452)
                 8150 Excelsior Drive
                 Madison, WI 53717
                 Tel: (608) 833-2632
                 Kinne@gtwlawyers.com
                 rleonard@gtwlawyers.com

VICTOR FORBERGER, ESQ.

*/s/ Victor Forberger*
Victor Forberger (SBN: 1070634)
2509 Van Hise Ave
Madison, WI 53705
Tel: (608) 352-0138
 Forberger@fastmail.fm


AXLEY BRYNELSON, LLP

*/s/ Heath Straka*
Heath Straka (SBN: 1031351)
2 E. Mifflin Street, Ste. 200
Madison, WI 53701
Tel: (608) 283-6755
HStraka@axley.com

***Attorneys for plaintiffs***

2