IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

BRIAN BEMKE, SCOTT COLLETT, JOHN FERIOZZI, JUDY FINTZ, SARAH JAMIESON, EVAN JOHNSON, TRACY LONG, and CLIFFORD NEUMANN

       Plaintiffs,

v.                                             Case No. 21-cv-560

AMY PECHACEK, in her official capacity as Secretary-designee of the State of Wisconsin Department of Workforce Development

       Defendant.

---

**DECLARATION OF PAUL A. KINNE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

---

I, Paul A. Kinne, under penalty of perjury declare as follows:

1. I am an attorney licensed to practice law in the State of Wisconsin.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3. Attached hereto as **Exhibit A** is a true and correct copy of Expert Report of Shawn Fremstad and Hayley Brown.

4. Attached hereto as **Exhibit B** is a true and correct copy of Initial Determinations 210311960 and 210311990 and Appeal Tribunal Decisions in Hearing No. 21401006AP.

Dated this 9th day of January, 2023.

                                          *s/ Paul A. Kinne*
                                          Paul A. Kinne