UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN BEMKE, SCOTT COLLETT,
JOHN FERIOZZI, JUDY FINTZ, SARAH
JAMIESON, EVAN JOHNSON, TRACY
LONG, and CLIFFORD NEUMANN,

                Plaintiffs,

v.                                       Case No. 21-cv-560

AMY PECHACEK, in her official capacity
as Secretary-designee of the State of Wisconsin
Department of Workforce Development,

                Defendant.

---

**PLAINTIFFS' MOTION FOR THE APPOINTMENT OF GINGRAS, THOMSEN & WACHS, LLP, AXLEY BRYNELSON, LLP AND VICTOR FORBERGER, ESQ., AS CO-CLASS COUNSEL**

---

NOW COME the plaintiffs, by and through their undersigned counsel, and hereby move this Court pursuant to Fed. R. Civ. P. 23(g) for an order appointing Paul Kinne and Riley Leonard of Gingras, Thomsen & Wachs ("GTW"), Heath P. Straka of Axley Brynelson, LLP ("Axley"), and Victor Forberger of Victor Forberger, Esq., ("Forberger") as co-class counsel in this matter.

Filed concurrently in support of this motion are the following documents: (1) the Declaration of Paul A. Kinne in Support of Plaintiffs' Motion for Appointment of GTW, Axley and Forberger, as Co-Class Counsel; (2) the Declaration of Riley C. Leonard in Support of Plaintiffs' Motion for Appointment of GTW, Axley and Forberger, as Co-Class Counsel; (3) the Declaration of Heath P. Straka in Support of Plaintiffs' Motion for Appointment of GTW, Axley and Forberger, as Co-Class Counsel; and (4) the Declaration of Victor Forberger in Support of Plaintiffs' Motion for Appointment of GTW, Axley and Forberger, as Co-Class Counsel.

1

Submitted this 9th day of January, 2023.

                                        GINGRAS, THOMSEN & WACHS, LLP

*/s/ Paul A. Kinne*
Paul A. Kinne (SBN: 1021493)
Riley C. Leonard (SBN: 1101452)
8150 Excelsior Drive
Madison, WI 53717
Tel: (608) 833-2632
Kinne@gtwlawyers.com
rleonard@gtwlawyers.com


VICTOR FORBERGER, ESQ.

*/s/ Victor Forberger*
Victor Forberger (SBN: 1070634)
2509 Van Hise Ave
Madison, WI 53705
Tel: (608) 352-0138
 Forberger@fastmail.fm


AXLEY BRYNELSON, LLP

*/s/ Heath Straka*
Heath Straka (SBN: 1031351)
2 E. Mifflin Street, Ste. 200
Madison, WI 53701
Tel: (608) 283-6755
HStraka@axley.com

***Attorneys for plaintiffs***