IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN BEMKE, SCOTT COLLETT,
JOHN FERIOZZI, JUDY FINTZ, SARAH
JAMIESON, EVAN JOHNSON, TRACY
LONG, and CLIFFORD NEUMANN,

      Plaintiffs,

v.                Case No. 21-cv-560

AMY PECHACEK, in her official capacity
as Secretary-designee of the State of Wisconsin
Department of Workforce Development,

      Defendant.

---

**JOINT MOTION TO ADJOURN PRETRIAL DEADLINES AND TRIAL**

---

  NOW COME the parties, by and through their undersigned counsel, jointly move the Court to vacate the scheduling order and trial date in light of the pending motions and status of the class certification process.

  Dated this 17th day of March, 2023.

            **GINGRAS, THOMSEN & WACHS, LLP**
            Attorneys for Plaintiffs

            */s/ Paul A. Kinne*
            Paul A. Kinne
            State Bar #1021493
            Riley C. Leonard
            State Bar #1101452
            8150 Excelsior Drive
            Madison, WI 53717
            Tel: 608-833-2632
            Fax: 608-833-2874
            kinne@gtwlawyers.com

rleonard@gtwlawyers.com

JOSHUA L. KAUL
Attorney General of Wisconsin
*Electronically signed by Steven C. Kilpatrick*
Steven C. Kilpatrick (SBN: 1025452)
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
kilpatricksc@doj.state.wi.us

*Attorneys for Defendant Amy Pechacek*