IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Brian Bemke, Scott Collett, John Feriozzi, Judy Fintz, Sarah Jamieson,
Evan Johnson, Tracy Long, and Clifford Neumann
    *Plaintiffs*,

Case No. 21-cv-560

v.

Amy Pechacek, in her official capacity as Secretary-designee of the State of Wisconsin Department of Workforce Development,
    *Defendant*.

---

### Notice of another case concerning the SSDI eligibility ban in Wisconsin

---

Other cases challenging the SSDI eligibility ban in Wisconsin have been filed in Wisconsin circuit courts as part of claimants' pursuit of unemployment claims due them. One such case is <u>Trandel v. LIRC and DWD</u>, Milwaukee Circuit Court Case No. 2023CV3790. Enclosed is the plaintiff's brief (26 pp.) in that case. After briefing is completed in December 2023 in this state court matter, a circuit court decision is expected by the middle of March 2024.

Dated this <u>5th</u> day of December 2023.

    Victor Forberger, Esq.

    <u>/s/ Victor Forberger</u>
    Victor Forberger
    WI State Bar No. 1070634
    2509 Van Hise Ave., Madison WI 53705
    Telephone: 608-352-0138
    vforberger@fastmail.fm

Gingras, Thomsen & Wachs, LLP

/s/ Paul A. Kinne
Paul A. Kinne (SBN: 1021493)
Riley C. Leonard (SBN: 1101452)
8150 Excelsior Drive, Madison WI 53717
Tel: (608) 833-2632
Kinne@gtwlawyers.com
rleonard@gtwlawyers.com

AXLEY BRYNELSON, LLP

/s/ Heath Straka
Heath Straka (SBN: 1031351)
2 E. Mifflin Street, Ste. 200, Madison WI 53701
Tel: (608) 283-6755
HStraka@axley.com

*Attorneys for plaintiffs*

## Certificate of Service

I certify that on the date indicated below I electronically filed the foregoing notice and enclosure with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 5th day of December 2023.

Electronically signed by:

/s/ Victor Forberger
Victor Forberger