IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN BEMKE, SCOTT COLLETT,
JOHN FERIOZZI, JUDY FINTZ, SARAH
JAMIESON, EVAN JOHNSON, TRACY
LONG, and CLIFFORD NEUMANN,

       Plaintiffs,

  v.                                Case No. 21-CV-560

AMY PECHACEK, in her official
capacity as Secretary-designee of the
State of Wisconsin Department of
Workforce Development,

       Defendant.

## STIPULATION AS TO NUMEROSITY OF PUTATIVE CLASS

Plaintiffs and Defendant, by their undersigned counsel, hereby stipulate and agree as follows.

The following putative class is so numerous that joinder of all members would be impracticable: All individuals who applied for and were ineligible to receive unemployment insurance (UI) benefits in Wisconsin because they were receiving Social Security Disability Insurance (SSDI) benefits or who applied for and received UI benefits in Wisconsin but were ordered to repay those benefits, with or without penalties, because they were ineligible to receive UI benefits because of their receipt of SSDI benefits.

| | |
|---|---|
| Dated this 22nd day of November 2024.<br><br>Electronically signed by:<br><br>s/Paul A. Kinne<br>Paul A. Kinne (SBN: 1021493)<br>Riley C. Leonard (SBN: 1101452)<br>GINGRAS, THOMSEN & WACHS, LLP<br>8150 Excelsior Drive<br>Madison, WI 53717<br>Tel: (608) 833-2632<br>Kinne@gtwlawyers.com<br>rleonard@gtwlawyers.com<br><br>s/ Victor Forberger<br>Victor Forberger (SBN: 1070634)<br>VICTOR FORBERGER, ESQ.<br>2509 Van Hise Ave<br>Madison, WI 53705<br>Tel: (608) 352-0138<br>Forberger@fastmail.fm<br><br>s/Heath Straka<br>AXLEY BRYNELSON, LLP<br>Heath Straka (SBN: 1031351)<br>2 E. Mifflin Street, Ste. 200<br>Madison, WI 53701<br>Tel: (608) 283-6755<br>HStraka@axley.com<br><br>Attorneys for Plaintiffs | Dated this 22nd day of November 2024.<br><br>Electronically signed by:<br><br>s/ Steven C. Kilpatrick<br>STEVEN C. KILPATRICK<br>Assistant Attorney General<br>State Bar #1025452<br><br>CLAYTON P. KAWSKI<br>Assistant Attorney General<br>State Bar #1066228<br><br>KARLA Z. KECKHAVER<br>Assistant Attorney General<br>State Bar #1028242<br><br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>(608) 266-1792 (Kilpatrick)<br>(608) 266-8549 (Kawski)<br>(608) 264-6365 (Keckhaver)<br>(608) 294-2907 (Fax)<br>kilpatricksc@doj.state.wi.us<br>kawskicp@doj.state.wi.us<br>keckhaverkz@doj.state.wi.us<br><br>Attorneys for Defendant |