EXHIBIT F

ID: 210311960  PAGE  1 OF  2
SEE REVERSE SIDE FOR
IMPORTANT INFORMATION

State of Wisconsin    C    DI200
Department of Workforce Development
Unemployment Insurance Division

SS #

UI LO #:  01
UI Acct. #:

**DETERMINATION**

TRACY L LONG
937 MAIN ST
SAINT CLOUD  WI  53079-1474

| Issue Week: | 42/20 | Applicable |
|---|---|---|
| Week Ending: | 10/17/20 | Wisconsin Law: 108.04(2)(H); 108.04(12)(F) |

FINDINGS AND DETERMINATION OF THE DEPUTY:

THE CLAIMANT REPORTED RECEIVING SOCIAL SECURITY DISABILITY PAYMENTS.
THE CLAIMANT CANNOT RECEIVE SOCIAL SECURITY DISABILITY PAYMENTS AND
UNEMPLOYMENT INSURANCE BENEFITS CONCURRENTLY.

EFFECT

BENEFITS ARE DENIED WHILE THE CLAIMANT IS RECEIVING SOCIAL SECURITY
DISABILITY PAYMENTS.

IF YOU ANSWERED IN ERROR, OR YOUR CIRCUMSTANCES HAVE CHANGED, CALL
1-414-435-7069.

THIS DECISION RESULTS IN AN OVERPAYMENT OF $ 1160.00 WHICH MUST
BE REPAID BY THE CLAIMANT.

SEND A CHECK OR MONEY ORDER, PAYABLE TO UNEMPLOYMENT INSURANCE,
TO THE UNEMPLOYMENT INSURANCE DIVISION, P.O. BOX 7888, MADISON, WI 53707.

THE DEPARTMENT WILL WITHHOLD UNEMPLOYMENT BENEFITS PAYABLE FOR FUTURE
WEEKS TO OFFSET OVERPAYMENTS OF UNEMPLOYMENT INSURANCE AND OTHER
SPECIAL PROGRAM BENEFITS THAT MUST BE REPAID TO THIS STATE, TO
ANOTHER STATE, OR TO THE FEDERAL GOVERNMENT.

THIS OVERPAYMENT AMOUNT INCLUDES BENEFITS WHICH WERE WITHHELD AND
TRANSFERRED TO THE INTERNAL REVENUE SERVICE FOR FEDERAL TAXES AND/OR
THE WISCONSIN DEPARTMENT OF REVENUE FOR STATE TAXES.

RECOVERY OF THE OVERPAYMENT IS NOT WAIVED UNDER S. 108.22(8)(C) BECAUSE THE
ERRONEOUS PAYMENT(S) WERE NOT THE RESULT OF DEPARTMENTAL ERROR AND/OR THEY
WERE THE RESULT OF THE CLAIMANT'S FAILURE TO PROVIDE CORRECT AND COMPLETE
INFORMATION TO THE DEPARTMENT.

THE DEPARTMENT MAY ISSUE A WARRANT TO SECURE THE DEBT FOR THE STATE

| Deputy | Dated | Decision final unless an appeal is received or postmarked by: |
|---|---|---|
| ADJUDICATOR 5017 | 02/18/21 | 03/04/21 |

UCB-20 (R. 04/09/2019) (U00242)

ID: 210311960   PAGE   2 OF   2
SEE REVERSE SIDE FOR
IMPORTANT INFORMATION

State of Wisconsin   C   DI200
Department of Workforce Development
Unemployment Insurance Division

SS #

UI LO #:   01
UI Acct. #:

**DETERMINATION**

TRACY L LONG
937 MAIN ST
SAINT CLOUD   WI 53079-1474

| Issue Week: | 42/20 | Applicable Wisconsin Law: | 108.04(2)(H); 108.04(12)(F) |
|---|---|---|---|
| Week Ending: | 10/17/20 | | |

FINDINGS AND DETERMINATION OF THE DEPUTY:

OF WISCONSIN. A WARRANT IS A PUBLIC RECORD OF A LIEN ON YOUR PROPERTY AND MAY AFFECT YOUR CREDIT RATING.

AS A RESULT OF CONCEALING INFORMATION, THIS DETERMINATION INCLUDES A PENALTY OF 40% OF THE OVERPAYMENT IN THE AMOUNT OF $464.00. THIS PENALTY DOES NOT INCLUDE ANY OTHER BENEFIT REDUCTIONS THAT MAY RESULT FROM THIS CONCEALMENT, FOR WHICH A SEPARATE DETERMINATION WILL BE MADE.

SEND A CHECK OR MONEY ORDER TO THE SAME ADDRESS LISTED FOR THE OVERPAYMENT.

| Deputy | Dated | Decision final unless an appeal is received or postmarked by: |
|---|---|---|
| ADJUDICATOR 5017 | 02/18/21 | 03/04/21 |

UCB-20 (R. 04/09/2019) (U00242)