IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN BEMKE, SCOTT COLLETT,
JOHN FERIOZZI, JUDY FINTZ, SARAH
JAMIESON, EVAN JOHNSON, TRACY
LONG, and CLIFFORD NEUMANN,

        Plaintiffs,

v.                                                 Case No. 21-cv-560

AMY PECHACEK, in her official capacity
as Secretary-designee of the State of Wisconsin
Department of Workforce Development,

        Defendant.

**PLAINTIFFS' MOTION TO SEAL PREVIOUSLY FILED DOCUMENT (Dkt. No. 51-8)**

Plaintiffs by and through undersigned counsel, respectively move this Court, pursuant to Federal Rule of Civil Procedure 5.2 and Administrative Order #337, to seal docket no. 51-8 on the grounds that it contains confidential information, specifically, social security numbers. In support of this motion, the undersigned states the following:

1. On August 12, 2022, plaintiffs filed Exhibit H – ALJ Decision Fintz, as Dkt. 51-8.

2. Upon review, it was discovered that the filing inadvertently includes unredacted Social Security numbers which are considered personally identifiable information under Federal Rule of Civil Procedure 5.2.

3. Pursuant to Fed. R. Civ. P. 5.2(a) parties are required to redact Social Security numbers.

4. The document at issue has not yet been sealed, and public access to it risks the unnecessary disclosure of sensitive personal information.

5. An unsealed version that redacts the confidential information is being filed

1

contemporaneously with this Motion pursuant to Administrative Order #337.

6. No party will be prejudiced by the requested relief, and sealing the document will serve the interests of privacy and comply with the federal rules regarding confidential information.

Submitted this 10th day of July, 2025.

**GINGRAS, THOMSEN & WACHS, LLP**
*/s/ Paul A. Kinne*
Paul A. Kinne (SBN: 1021493)
8150 Excelsior Drive
Madison, WI 53717
Tel: (608) 833-2632
Kinne@gtwlawyers.com

**VICTOR FORBERGER, ESQ.**
*/s/ Victor Forberger*
Victor Forberger
Madison, WI 53705
Tel: (608) 352-0138
Forberger@fastmail.fm

**AXLEY BRYNELSON, LLP**
*/s/ Heath Straka*
Heath Straka (SBN: 1031351)
2 E. Mifflin Street, Ste. 200
Madison, WI 53701
Tel: (608) 283-6755
HStraka@axley.com

*Attorneys for plaintiffs*