ID: 20072
SEE REVERSE SIDE FOR
IMPORTANT INFORMATION

State of Wisconsin    C    DI200
Department of Workforce Development
Unemployment Insurance Division

SS #
UI LO #: 05
UI Acct. #:

**DETERMINATION**

JUDY R FINTZ
4625 MORMON COULEE RD TRLR 87
LA CROSSE  WI  54601-8250

| Issue Week: | 15/20 | Applicable Wisconsin Law: | 108.04(2)(H); 108.04(12)(F) |
|---|---|---|---|
| Week Ending: | 04/11/20 | | |

FINDINGS AND DETERMINATION OF THE DEPUTY:

THE CLAIMANT REPORTED RECEIVING SOCIAL SECURITY DISABILITY PAYMENTS.
THE CLAIMANT CANNOT RECEIVE SOCIAL SECURITY DISABILITY PAYMENTS AND
UNEMPLOYMENT INSURANCE BENEFITS CONCURRENTLY.

EFFECT

BENEFITS ARE DENIED WHILE THE CLAIMANT IS RECEIVING SOCIAL SECURITY
DISABILITY PAYMENTS.

IF YOU ANSWERED IN ERROR, OR YOUR CIRCUMSTANCES HAVE CHANGED, CALL
1-414-435-7069.

| Deputy | Dated | Decision final unless an appeal is received or postmarked by: |
|---|---|---|
| ADJUDICATOR 5105 | 05/05/20 | 05/19/20 |

UCB-20 (R. 04/09/2019) (U00242)