ID: 212298070    PAGE  1 OF  2
SEE REVERSE SIDE FOR
IMPORTANT INFORMATION

State of Wisconsin    C    QE402
Department of Workforce Development
Unemployment Insurance Division

SS #: [redacted]

UI LO #:  05
UI Acct. #:

AMENDED DETERMINATION

JUDY R FINTZ
4625 MORMON COULEE RD TRLR 87
LA CROSSE  WI  54601-8250

| Issue Week: | 19/20 | Applicable Wisconsin Law: | 108.05(1)(R); P.L.116-136; 116-260; 100-707 |
| Week Ending: | 05/09/20 | | |

FINDINGS AND DETERMINATION OF THE DEPUTY:

THE DECISION DATED 08/11/20 WAS ISSUED IN ERROR AND IS HEREBY SET ASIDE.

AS OF WEEK ENDING 03/21/20, YOU INDICATED THAT YOU WERE UNEMPLOYED, PARTIALLY UNEMPLOYED OR UNABLE OR UNAVAILABLE TO WORK BECAUSE:

- YOUR PLACE OF EMPLOYMENT IS CLOSED AS A DIRECT RESULT OF THE COVID-19 PUBLIC HEALTH EMERGENCY.

INCOME USED TO CALCULATE THE PANDEMIC UNEMPLOYMENT ASSISTANCE (PUA) WEEKLY BENEFIT RATE:

TYPE OF EMPLOYMENT: EMPLOYMENT

| 1ST QUARTER | 2ND QUARTER | 3RD QUARTER | 4TH QUARTER | TOTAL |
|---|---|---|---|---|
| $ 1,571.50 | $ 1,760.93 | $ 802.09 | $ 2,942.13 | $ 7,076.65 |

THE PUA WEEKLY BENEFIT RATE IS CALCULATED USING 4% OF HIGH QUARTER WAGES PAID DURING THE TAX YEAR ENDING PRIOR TO THE EFFECTIVE WEEK OF YOUR CLAIM BUT SHALL NOT BE LESS THAN THE MINIMUM PUA WEEKLY BENEFIT RATE OR EXCEED THE MAXIMUM PUA BENEFIT RATE.

WAGES, AS USED IN THE COMPUTATION OF PUA ENTITLEMENT, MEAN
- GROSS WAGES PAID TO A WORKER
- NET INCOME FOR A SELF-EMPLOYED INDIVIDUAL FROM SERVICES PERFORMED IN SELF-EMPLOYMENT

NET INCOME FOR THE TAX YEAR REPORTED BY A SELF-EMPLOYED INDIVIDUAL IS ALLOCATED EQUALLY BETWEEN THE QUARTERS TO COMPUTE THE PUA WEEKLY BENEFIT RATE UNLESS THE DOCUMENTATION SUBMITTED IN ACCORDANCE WITH 20 CFR 625.6(E) SUPPORTS A DIFFERENT ALLOCATION.

THE LAST 40 WEEKS OF PUA CAN ONLY BE PAID FOR THE WEEK ENDING 01/02/21 OR LATER.

| Deputy | Dated | Decision final unless an appeal is received or postmarked by: |
|---|---|---|
| ADJUDICATOR 2233 | 09/14/21 | 09/28/21 |

UCB-20 (R. 04/03/2018) (002242)

ID: 212298070   PAGE 2 OF 2
SEE REVERSE SIDE FOR
IMPORTANT INFORMATION

State of Wisconsin          C    QE402
Department of Workforce Development
Unemployment Insurance Division

SS #: [redacted]

UI LO #: 05
UI Acct. #:

AMENDED DETERMINATION

JUDY R FINTZ
4625 MORMON COULEE RD TRLR 87
LA CROSSE   WI  54601-8250

| Issue Week: | 19/20 | Applicable | |
|---|---|---|---|
| Week Ending: | 05/09/20 | Wisconsin Law: | 108.05(1)(R); P.L.116-136; 116-260; 100-707 |

FINDINGS AND DETERMINATION OF THE DEPUTY:

LOGON TO MY.UNEMPLOYMENT.WISCONSIN.GOV TO FILE WEEKLY CLAIMS.

EFFECT

YOU QUALIFY FOR PANDEMIC UNEMPLOYMENT ASSISTANCE (PUA) AT A WEEKLY BENEFIT RATE OF $163.00.

IF YOU OBJECT TO THE WEEKLY BENEFIT RATE, PROOF OF YOUR EARNINGS FROM THE TAX YEAR ENDING PRIOR TO THE EFFECTIVE WEEK OF YOUR CLAIM (TAX FORMS, INCLUDING SCHEDULES C, F, OR K-1, IF APPLICABLE, AND W-2'S) MUST BE SUBMITTED WITHIN THE 21 DAYS AFTER YOUR PUA APPLICATION WAS SUBMITTED OR BY 09/27/21, WHICHEVER DATE IS LATER. A REDETERMINATION MAY BE ISSUED IF YOUR WAGES AND/OR NET SELF-EMPLOYMENT INCOME ARE SUFFICIENT TO PERMIT A HIGHER PUA WEEKLY BENEFIT RATE.

PUA IS PAYABLE THROUGH WEEK ENDING 09/04/21.

YOU ARE ELIGIBLE FOR UP TO 79 WEEKS OF PUA.

THE LAST 40 WEEKS OF PUA CAN ONLY BE PAID FOR THE WEEK ENDING 01/02/21 OR LATER.

LOGON TO MY.UNEMPLOYMENT.WISCONSIN.GOV TO FILE WEEKLY CLAIMS. ALL WEEKLY CLAIM CERTIFICATIONS MUST BE FILED BY 09/27/2021 OR WITHIN 21 DAYS AFTER THE DATE OF THIS DETERMINATION, WHICHEVER DATE IS LATER.

MAKE SURE YOUR PAYMENT METHOD IS UP TO DATE BEFORE FILING WEEKLY CLAIMS. TO VIEW OR UPDATE YOUR INFORMATION, GO TO THE UNEMPLOYMENT INSURANCE SERVICES MENU ON YOUR DASHBOARD.

| Deputy | Dated | Decision final unless an appeal is received or postmarked by: |
|---|---|---|
| ADJUDICATOR 2233 | 09/14/21 | 09/28/21 |

UCB-20 (R. 04/09/2019) (U00242)