You do not qualify for UI benefits because no benefit year can be established as a result of the initial claim filed on **12/27/21**.

This computation is based on wage information reported to the department by you and your employers for the base period **07/01/20** through **06/30/21**. See the back of this form for further information. Check this computation carefully. Was an employer left out? Is there any other error? If so, call a claims specialist immediately.

JUDY R FINTZ
4625 MORMON COULEE RD TRLR 87
LA CROSSE   WI   54601-8250

Date Mailed: **01/28/22**

Objection Must Be Received By: **02/11/22**

Social Security Number:

Your UI Office: **CALL CENTER**
Phone Number: **414-435-7069**

To be eligible for benefits you must meet these monetary requirements:

1. High quarter wages of at least $1,350.00 to meet the minimum benefit rate of $54.00; and
2. Total base period wages of at least 35 times your weekly benefit rate; and
3. Wages of at least 4 times your weekly benefit rate outside the high quarter; and (if you have claimed before)
4. Wages of 8 times your weekly benefit rate subsequent to the start of your most recent benefit year in which benefits were paid to you.

You do not qualify because:

- YOU DO NOT HAVE AT LEAST $1350.00 IN ANY QUARTER.
- YOU FAILED TO RETURN FORM "UCB-19 REQUEST FOR WAGES" WITH PROOF OF YOUR EARNINGS.
- WE WILL NOW TRY YOUR CLAIM USING AN ALTERNATE BASE PERIOD -- SEE REVERSE FOR AN EXPLANATION OF THE IMPACT OF AN ALTERNATE BASE CLAIM.
- CONTINUE TO FILE WEEKLY WHILE UNEMPLOYED AND YOUR ELIGIBILITY IS PENDING

YOUR REPORTED BASE PERIOD WAGES FOR 07/01/20 THROUGH 06/30/21 ARE:

| EMPLOYER NAME | QTR 3/20 | QTR 4/20 | QTR 1/21 | QTR 2/21 | Total Gross Wages Paid |
|---|---|---|---|---|---|
| NO EMPLOYERS REPORTED | | | | | |

UCB-736U (R. 10/19/2017) (U00945)