UCB-736   AMENDED COMPUTATION OF UNEMPLOYMENT INSURANCE BENEFITS   Page 1 of 1

You do not qualify for UI benefits because no benefit year can be established as a result of the initial claim filed on **12/27/21**.
This computation is based on wage information reported to the department by you and your employers for the base period **10/01/20** through **09/30/21**. See the back of this form for further information.
Check this computation carefully. Was an employer left out? Is there any other error? If so, call a claims specialist immediately.

**JUDY R FINTZ**
**4625 MORMON COULEE RD TRLR 87**
**LA CROSSE   WI   54601-8250**

Date Mailed: **01/29/22**

Objection Must Be Received By: **02/12/22**

Social Security Number:

Your UI Office: **CALL CENTER**
Phone Number: **414-435-7069**

To be eligible for benefits you must meet these monetary requirements:
1. High quarter wages of at least $1,350.00 to meet the minimum benefit rate of $54.00; and
2. Total base period wages of at least 35 times your weekly benefit rate; and
3. Wages of at least 4 times your weekly benefit rate outside the high quarter; and (if you have claimed before)
4. Wages of 8 times your weekly benefit rate subsequent to the start of your most recent benefit year in which benefits were paid to you.

You do not qualify because:

- YOU DO NOT HAVE AT LEAST $1350.00 IN ANY QUARTER.
- YOU FAILED TO RETURN FORM "UCB-19 REQUEST FOR WAGES" WITH PROOF OF YOUR EARNINGS.
- CONTINUE TO FILE WEEKLY WHILE UNEMPLOYED AND YOUR ELIGIBILITY IS PENDING

YOUR REPORTED BASE PERIOD WAGES FOR 10/01/20 THROUGH 09/30/21 ARE:

| EMPLOYER NAME | QTR 4/20 | QTR 1/21 | QTR 2/21 | QTR 3/21 | Total Gross Wages Paid |
|---|---|---|---|---|---|
| **NO EMPLOYERS REPORTED** | | | | | |

- THIS COMPUTATION CONSIDERED THE ALTERNATE BASE PERIOD.

UCB-736U (R. 10/19/2017) (U00945)