UCB-736  COMPUTATION OF UNEMPLOYMENT INSURANCE BENEFITS  Page 1 of 1

You do not qualify for UI benefits because no benefit year can be established as a result of the initial claim filed on **05/18/22**.
This computation is based on wage information reported to the department by you and your employers for the base period **01/01/21** through **12/31/21**. See the back of this form for further information.
Check this computation carefully. Was an employer left out? Is there any other error? If so, call a claims specialist immediately.

**JUDY R FINTZ**
**4625 MORMON COULEE RD TRLR 87**
**LA CROSSE  WI  54601-8250**

Date Mailed: **05/19/22**

Objection Must Be Received By: **06/02/22**

Social Security Number:

Your UI Office: **CALL CENTER**
Phone Number: **414-435-7069**

To be eligible for benefits you must meet these monetary requirements:
1. High quarter wages of at least $1,350.00 to meet the minimum benefit rate of $54.00; and
2. Total base period wages of at least 35 times your weekly benefit rate; and
3. Wages of at least 4 times your weekly benefit rate outside the high quarter; and (if you have claimed before)
4. Wages of 8 times your weekly benefit rate subsequent to the start of your most recent benefit year in which benefits were paid to you.

You do not qualify because:

- YOU DO NOT HAVE TOTAL BASE PERIOD WAGES OF AT LEAST 35 TIMES YOUR WEEKLY BENEFIT RATE OF $ 81 (35 X $ 81 = $ 2835).
- YOU DO NOT HAVE WAGES EQUALING AT LEAST 4 TIMES YOUR WEEKLY BENEFIT RATE OUTSIDE THE HIGH QUARTER  (4 X $ 81 = $ 324).
- WE WILL NOW TRY YOUR CLAIM USING AN ALTERNATE BASE PERIOD -- SEE REVERSE FOR AN EXPLANATION OF THE IMPACT OF AN ALTERNATE BASE CLAIM.
- CONTINUE TO FILE WEEKLY WHILE UNEMPLOYED AND YOUR ELIGIBILITY IS PENDING

YOUR REPORTED BASE PERIOD WAGES FOR  01/01/21  THROUGH 12/31/21 ARE:

| EMPLOYER NAME | QTR 1/21 | QTR 2/21 | QTR 3/21 | QTR 4/21 | Total Gross Wages Paid |
|---|---|---|---|---|---|
| EUREST/CHARTWELLS DIN | 0.00 | 0.00 | 0.00 | 2025.36 | 2025.36 |
| TOTALS | 0.00 | 0.00 | 0.00 | 2025.36 | 2025.36 |

UCB-736U (R. 10/19/2017) (U00946)