# COMPUTATION OF UNEMPLOYMENT INSURANCE BENEFITS

You have established a benefit year. This computation is based on wage information reported to the department by you and your employers for the base period 04/01/21 through 03/31/22. This computation does not mean benefits are immediately payable to you. If an eligibility issue is still pending, you will receive a separate written notice regarding that issue. This computation shows the amount of unemployment insurance you may receive if you meet all eligibility requirements of the law. See the explanation on the back of this form.

Check this computation carefully. Was an employer left out? Is there any other error? If so, call a Claims Specialist on or before 06/04/22. Remember to file your weekly claim for benefits every week after the week is over while you are unemployed or working reduced hours.

JUDY R FINTZ
4625 MORMON COULEE RD TRLR 87
LA CROSSE WI 54601-8250

Date Mailed: 05/21/22

Social Security Number: ###-##-

Your Benefit Year: 05/15/22 thru 05/13/23

Your UI Office: HELP CENTER
Phone Number: 414-435-7069

WAGES PAID DURING THE BASE PERIOD 04/01/21 THROUGH 03/31/22:
THIS CLAIM USES THE ALTERNATE BASE PERIOD. SEE REVERSE FOR AN EXPLANATION.

| EMPLOYER NAME | QTR 2/21 | QTR 3/21 | QTR 4/21 | QTR 1/22 | Total Gross Wages Paid |
|---|---|---|---|---|---|
| EUREST/CHARTWELLS DI | | | 2025.36 | 1333.77 | 3359.13 |
| TOTALS | 0.00 | 0.00 | 2025.36* | 1333.77 | 3359.13 |

* INDICATES HIGH QUARTER WAGES

Your weekly benefit rate is $ **81.00**

Total benefits payable equal 40% of total base period earnings or 26 times the weekly benefit rate, whichever is lower.

a. 40% of your base period earnings: .................................$ 1343.00
b. 26 times your weekly benefit rate of $ 81.00 :.................$ 2106.00

This results in Total Maximum Benefits of: ........................$ **1343.00**

UCB-700 (R. 01/31/2000)
IU000321