Department of Workforce Development
Unemployment Insurance Division
P.O. Box 7905
Madison, WI 53707

## Unemployment Insurance Benefit Amount Computation

Dated: 05/30/25
Your benefit year: 05/18/25 THRU 05/16/26

JUDY R FINTZ
4625 MORMON COULEE RD TRLR 87
LA CROSSE WI   54601-8250

✓ You have earned enough wages to qualify for Unemployment Insurance (UI) benefits.

We may still be checking if you meet all other eligibility requirements.
*Please log on to my.unemployment.wisconsin.gov for the latest updates on your claim and to find out if you have any issues that could delay or prevent you from receiving benefits.*

If you meet all other eligibility requirements, you may receive the following:

• Weekly benefit amount: $   72.00     • Maximum benefit amount: $     1872.00

The amounts in the table below are based on the wages your employer(s) reported to us.

Please call the Claimant Assistance Line at 414-435-7069 or 844-910-3661 if:

• The wages* or employers are wrong, or
• An employer you worked for during the base period is missing.

*Note if you participate in a cafeteria or flexible spending plan, these earnings do not get reported to us and will not be included in your benefit calculation.

Wages paid during the base period        JANUARY 01,2024 through     DECEMBER 31,2024

| EMPLOYER NAME | JAN-MAR 2024 | APR-JUN 2024 | JUL-SEP 2024 | OCT-DEC 2024 | TOTAL |
|---|---|---|---|---|---|
| EUREST/CHARTWELLS DI | 1402.38 | 1136.92 | 393.82 | 1807.74 | 4740.86 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | 1402.38 | 1136.92 | 393.82 | 1807.74 | 4740.86 |

**OBJECTION PROCEDURE:** If you don't agree with the information in the table, you can file an objection with a claim specialist. Be ready to provide check stubs or W-2 forms to support your disagreement. Objections must be filed within 14 days from the date of this letter (see 'Dated:' at top right).

UCB-700 (U00088) (R  02/07/2024)