State of Wisconsin



## Labor and Industry Review Commission

| | |
|---|---|
| **Clifford T. Neuman**<br>Claimant | **Unemployment Insurance Decision** |
| Hearing No. 25002949MD | **Dated and Mailed:**<br>JUL 2 5 2025<br>neumacl1_urr.doc:106 |

Pursuant to authority in Wis. Stat. § 108.09(6), the initial determination, appeal tribunal decision, and the commission's decision issued in the above-captioned matter are hereby **set aside** and the matter is **remanded** to the department for a new determination, if appropriate.[1]

By the Commission:

_____
Michael H. Gillick, Chairperson

_____
Georgia E. Maxwell, Commissioner

_____
Marilyn Townsend, Commissioner

cc: Atty. Victor Forberger

---

[1] The commission received a request for reconsideration in the above-captioned matter. In light of the court's decision in *Bemke et al. v. Pechacek*, 21-cv-560-wmc (W.D. Wis. Jul. 14, 2025), in which the department was enjoined from enforcing Wis. Stat. § 108.04(12)(f) beginning July 20, 2025, the commission has determined that remand is appropriate.

Ex.E

LIR-2054 (R.08/2013)
State of Wisconsin
Labor and Industry Review Commission
P O Box 8126
Madison WI 53708

VICTOR FORBERGER, ESQUIRE
2509 VAN HISE AVE
MADISON WI 53705-0000

PRESORTED
FIRST CLASS





US POSTAGE ᴾᴬᴵᴰ PITNEY BOWES
ZIP 53704
02 4W
0000343351 $ 000.59³ JUL 28 2025