Department of Workforce Development
Unemployment Insurance Division
Bureau of Legal Affairs
201 E. Washington Ave., Rm. E300
Madison, WI 53703
Telephone:   (608) 266-0399
Fax:         (608) 266-8221

FILED
07-18-2025
CIRCUIT COURT
DANE COUNTY, WI
2025CV001090

Tony Evers, Governor
Amy Pechacek, Secretary

July 18, 2025

Hon. Stephanie Hilton
Circuit Court for Dane County
Madison, WI

Re:  *Rose v. LIRC* (case 2025CV1090)

Dear Judge Hilton:

This is an action for judicial review of LIRC's decision denying unemployment insurance benefits to Treena Rose.  I represent the Wisconsin Department of Workforce Development, which is one of the co-defendants.

The Department of Workforce Development joins LIRC's brief on the merits in this case and will not file a separate brief.

The federal court in *Bemke v. Pechacek*, WDWI case no. 3:21-cv-00560-wmc issued a preliminary injunction that says:  "Beginning July 20, 2025, defendant Amy Pechacek, in her official capacity as Secretary-designee of the State of Wisconsin, Department of Workforce Development, is enjoined from enforcing Wis. Stat. § 108.04(12)(f)."  A copy is attached.  This injunction is preliminary and prospective and does not apply to previously-filed claims.

The Court should grant the motion to dismiss.

Respectfully submitted,

Electronically signed by:

Atty. Andrew Rubsam (SBN 1079600)
Wisconsin Department of Workforce Development
Unemployment Insurance Division
Bureau of Legal Affairs
PO Box 8942
Madison, WI 53703
608-261-9440
andrew.rubsam@dwd.wisconsin.gov

UCL-7099-E (R. 08/2023)                                                                      Ex. F

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN BEMKE, SCOTT COLLETT,
JOHN FERIOZZI, JUDY FINTZ,
SARAH JAMIESON, EVAN JOHNSON,
TRACY LONG and CLIFFORD
NEUMANN, on behalf of themselves and
similarly-situated individuals,

                 Plaintiffs,           PRELIMINARY INJUNCTION
                                       and DECLARATION

  v.

                                               21-cv-560-wmc

AMY PECHACEK, in her official capacity
As Secretary-designee of the State of Wisconsin
Department of Workforce Development,

                 Defendant.

IT IS ORDERED that:

1. Wis. Stat. § 108.04(12)(f), which provides a blanket denial of unemployment compensation benefits to any individual receiving social security disability insurance benefits, violates the Americans with Disabilities Act and Rehabilitation Act because it has a disparate impact on disabled workers seeking unemployment insurance benefits.

2. Beginning July 20, 2025, defendant Amy Pechacek, in her official capacity as Secretary-designee of the State of Wisconsin, Department of Workforce Development, is enjoined from enforcing Wis. Stat. § 108.04(12)(f).

3. Defendant may have until July 18, 2025, to provide written instructions to Department of Workforce Development employees and any other state employees responsible for processing unemployment claims that the receipt of social security disability insurance benefits is not a valid basis for denying unemployment compensation benefits.

Entered this 14th day of July, 2025.

                                                 BY THE COURT:
                                                 /s/

                                                 _____
                                                 WILLIAM M. CONLEY
                                                 District Judge