UI Knowledge Management System    

UI KMS  >  BOB Resources  >  Announcements  >  Announcements

Search

Articles in this section

# 07/18/25 - Update- SSDI Preliminary Injunction 🔒

2 days ago · Updated

Follow

## 07/18/25 Update

### Programming Changes Starting Sunday 07/20/25:

- Initial and weekly claims will continue to ask the SSDI question on all applications/certifications.
- When SSDI is reported on an initial or weekly claim for WK 30/2025 or later, the system will not place an SS hold.
- When SSDI is reported on an initial or weekly claim for WK 29/2025 or earlier, the system will place an SS hold and route to adjudication.
- The SSDI crossmatch will continue to run against initial claims for WK 29/2025 or earlier.

### Remaining Programming Items:

Ex. I

- Removal of the SSDI question from initial and weekly claims filed for WK 30/2025 or later will be completed no later 8/1/2025.
- A new LID (DI 921) is being developed to lift indefinite SSDI suspensions as of week 30/2025. Staff are expected to begin lifting SSDI suspensions by the end of week 30/2025.

## Claimant FAQ & Response Scripting

| **If asked about why the SSDI question is still being asked on the initial or weekly claim, provide the response below:** |
|---|
| **Initial or Weekly Claim for WK 30/25 or Later:**<br><br>*Programming is working on removing the SSDI question from claim applications and certifications for the week ending 7/26/2025 and later. It is not as easy as just removing the question; back-end programming is required. The department is working diligently to make the programming changes. The SSDI question should be removed no later than August 1, 2025.* |
| **Initial or Weekly Claim for WK 29/25 or earlier:**<br><br>*The preliminary injunction bars the department from enforcing the statute related to the SSDI disqualification. Per the preliminary injunction effective July 20, 2025, the department will no longer deny unemployment claims due solely to someone receiving SSDI for the week ending 7/26/2025 and later.* |

| **If you receive questions from individuals asking about their eligibility as related to the SSDI preliminary injunction, provide the responses below:** |
|---|
| **Can I receive unemployment for past weeks when I was receiving SSDI?**<br><br>*No, you would not be eligible for UI for weeks prior to the week ending 07/26/25 if you were receiving SSDI. As of the week ending 07/26/25, you may receive UI benefits while receiving SSDI benefits. Previously, you could not receive UI while you were receiving SSDI.* |
| **My claim was previously denied for receiving SSDI. Is that still the case?**<br><br>*Due to a U.S. District Court preliminary injunction (dated 07/14/2025), the department is prevented from applying Wisconsin Statutes §108.04(2)(h) and §108.04(12)(f) as of 07/20/2025. This means individuals who receive SSDI benefits are not automatically ineligible to receive UI benefits as of the week ending 07/26/25.*<br><br>*If you are unemployed or partially unemployed, apply for unemployment benefits at my.unemployment.wisconsin.gov and the department will determine if you qualify.* |
| **My claim was previously denied for receiving SSDI, am I eligible now?** |

| **If you receive questions from individuals asking about their eligibility as related to the SSDI preliminary injunction, provide the responses below:** |
|---|
| *If you are unemployed or partially unemployed, apply for unemployment benefits at my.unemployment.wisconsin.gov and the department will determine if you qualify.* |
| **Why did I receive a determination that says, "A determination dated XX/XX/XXXX denied benefits while the claimant was receiving Social Security Disability payments. As of the week ending 07/26/2025, the claimant may receive unemployment insurance benefits while receiving social security disability payments."**<br><br>*A U.S. District Court preliminary injunction (dated 07/14/2025), prevented the department from applying Wisconsin Statutes §108.04(2)(h) and §108.04(12)(f). This means individuals who receive SSDI benefits are not automatically ineligible to receive UI benefits as of the week ending 07/26/25. The department sent the determination to individuals who were previously denied benefits due to receiving SSDI benefits but would no longer be denied for that reason as of the week ending 07/26/25.* |

| **If you receive questions related to the SSDI preliminary injunction, provide the responses below:** |
|---|
| **What is the change for SSDI recipients who file for UI benefits?**<br><br>*Wisconsin Statutes §108.04(2)(h) and §108.04(12)(f) prevent individuals from receiving SSDI and UI benefits concurrently. Prior to the week ending 07/26/25, individuals receiving SSDI benefits were automatically ineligible to receive UI benefits.*<br><br>*A U.S. District Court preliminary injunction (dated 07/14/2025) has made it so individuals who receive SSDI benefits are not automatically ineligible to receive UI benefits as of the week ending 07/26/25. Previously, you could not receive UI while you were receiving SSDI.* |
| **When is the change for SSDI recipients who file for UI benefits effective?**<br><br>*As of the week ending 07/26/25, you may receive UI benefits while receiving SSDI benefits. Previously, you could not receive UI while you were receiving SSDI.* |
| **Why was there a change for SSDI recipients who file for UI benefits?**<br><br>*A U.S. District Court preliminary injunction (dated 07/14/2025) prevents the department from applying Wisconsin Statutes §108.04(2)(h) and §108.04(12)(f). This means individuals who receive SSDI benefits are not automatically ineligible to receive UI benefits as of the week ending 07/26/25.* |

## 07/15/25 - Announcement

A preliminary injunction was signed on Monday 7/14/2025 which bars the department from enforcing the statute related to the SSDI disqualification. Per the preliminary injunction effective July 20th, the department will no longer deny unemployment claims due solely to someone receiving SSDI. Weeks denied prior to July 20th will remain denied unless the court ultimately issues a different final remedy.

If you receive a call from a claimant or employer regarding SSDI, assure the person we are aware of the preliminary injunction and the department is currently making updates to our system to be in compliance with the preliminary injunction.

- If the person is in a continued claim series, please advise them to continue to file weekly claim certifications.  There is no action needed on their part.
- If the person is NOT in a continued claim series, advise them to file an initial claim so their eligibility can be determined based upon the other eligibility requirements for UI.

If you receive a call about this decision from the media or a member of the public looking for additional information, please take their contact information down and forward it to Chief Legal Counsel Jennifer Wakerhauser.

If you have a question related to a specific claim, please refer them to your supervisor who can send them into DWD MB UI DARA ADJUDICATION

We will continue to update staff on the steps we are taking.

## Was this article helpful?

Yes    No

5 out of 5 found this helpful

Have more questions? Submit a request

Return to top ^

## Recently viewed articles

Income: Supplemental Security Income (SSI)

Initial Claim Assistance Call Guide

Initial Claim Assistance Call Guide

Filing an Initial Claim

Online Filing Exceptions

## Related articles

General Assistance Line Call Requirements

Unemployment Insurance (UI) Contact Information: Phone, Fax, and Mail

Bureau of Benefits Updates

KMS Search Tips

Income Index

UI KMS