ID: 250850740   PAGE   1 OF   1
SEE REVERSE SIDE FOR
IMPORTANT INFORMATION

Case: 3:21-cv-00560-wmc    Document #: 122-10    Filed: 08/18/25    Page 1 of 1

State of Wisconsin    C    DI921
Department of Workforce Development
Unemployment Insurance Division

UI LO #:  05
UI Acct. #:

SS #

# DETERMINATION

TREENA A ROSE
C/O FORBERGER LAW, 2509 VAN HISE AVE
MADISON  WI 53705-3849

| Issue Week: | 30/25 | Applicable |
|---|---|---|
| Week Ending: | 07/26/25 | Wisconsin Law: 108.04(2)(H); 108.04(12)(F) |

**FINDINGS AND DETERMINATION OF THE DEPUTY:**

A DETERMINATION DATED 10/24/24 DENIED BENEFITS WHILE THE CLAIMANT WAS RECEIVING SOCIAL SECURITY DISABILITY PAYMENTS.

AS OF THE WEEK ENDING 07/26/25, THE CLAIMANT MAY RECEIVE UNEMPLOYMENT INSURANCE BENEFITS WHILE RECEIVING SOCIAL SECURITY DISABILITY PAYMENTS.

**EFFECT**

BENEFITS ARE ALLOWED WITH RESPECT TO THIS ISSUE ONLY.

THIS DETERMINATION APPLIES ONLY TO BENEFITS POTENTIALLY PAYABLE AS OF THE WEEK ENDING 07/26/25 IF AN UNEMPLOYMENT INSURANCE CLAIM WAS FILED.

THIS DETERMINATION MAY BE ISSUED EVEN IF YOU ARE NOT CURRENTLY FILING FOR BENEFITS. IF YOU ARE UNEMPLOYED OR PARTIALLY UNEMPLOYED, APPLY FOR UNEMPLOYMENT BENEFITS AT MY.UNEMPLOYMENT.WISCONSIN.GOV.

| Deputy | Dated | Decision final unless an appeal is received or postmarked by: |
|---|---|---|
| ADJUDICATOR 1283 | 07/23/25 | 08/06/25 |

UCB-20 (R. 07/20/2022) (U00242)

Ex.J