*9/5/25 DWD Draft*

**Department of Workforce Development**
**Secretary's Office**
201 E. Washington Avenue
P.O. Box 7946
Madison, WI 53707
Telephone: (608) 266-3131
Fax: (608) 266-1784
Email: sec@dwd.wisconsin.gov



**Tony Evers,** Governor
**Amy Pechacek,** Secretary

FOR IMMEDIATE RELEASE
OCTOBER 1, 2025
CONTACT: DWD Communications
CommunicationsOffice@dwd.wisconsin.gov

## Updates to Unemployment Eligibility for Social Security Disability Insurance Recipients in Wisconsin

MADISON – Due to a recent federal court order that found that a 2013 state statute was contrary to federal law, some individuals who were ineligible for Wisconsin unemployment benefits because they received Social Security Disability Insurance (SSDI) benefits may now be eligible for past unemployment benefits.

While the Evers Administration attempted to remove the statutory provision that disqualified people who receive SSDI from also receiving unemployment benefits in his biennial budgets, the legislature did not pass his proposals and the 2013 statute remained on the books. Without the court's order, the Department of Workforce Development (DWD) had a responsibility to administer the 2013 statute. Now, per the federal court order, DWD will process unemployment insurance (UI) claims for individuals who receive SSDI.

Under the court's July 14, 2025, preliminary injunction, beginning July 20, 2025, eligible individuals were able to receive both SSDI and Wisconsin UI benefits.

In addition, on August 20, 2025, the court issued an order pertaining to individuals who filed initial claims for unemployment benefits on or after September 8, 2015, through July 29, 2025. Those individuals may now receive past Wisconsin UI benefits if they met all other eligibility requirements; **AND** received SSDI benefits; **AND** on or after September 8, 2015, through July 29, 2025, they:
- filed an initial claim for unemployment benefits in Wisconsin but were denied because they received SSDI benefits;
  **OR**
- had to repay unemployment benefits in Wisconsin because they received SSDI benefits.

By this release, DWD is notifying individuals affected by this court order. DWD is also mailing notices to individuals who may be eligible for past unemployment benefits.

DWD has begun processing these claims, but it will take time to complete the processing for all individuals who may be eligible.

Ex. A

*9/5/25 DWD Draft*

A copy of the court's August 20, 2025 Order on Remedies can be found here: [provide link to Order on Remedies from DWD's website, not PACER]

Find more information at https://dwd.wisconsin.gov/uiben/ssdi.htm

---

**ABOUT DWD**
Wisconsin's Department of Workforce Development efficiently delivers effective and inclusive services to meet Wisconsin's diverse workforce needs now and for the future. The department advocates for and invests in the protection and economic advancement of all Wisconsin workers, employers, and job seekers through six divisions – Employment and Training, Vocational Rehabilitation, Unemployment Insurance, Equal Rights, Worker's Compensation, and Administrative Services. To keep up with DWD announcements and information, sign up for news releases and follow us on LinkedIn, Facebook, X, and YouTube.