**Oct 2025 SSDI Case Changes**
**Social Media Post**

*Rev. 9/5/2025 for October 1, 2025 Posting*

**Content:**

Due to a recent federal court order that found that a 2013 state statute was contrary to federal law, some individuals who were ineligible for Wisconsin unemployment insurance (UI) benefits because they received Social Security Disability Insurance (SSDI) benefits may now be eligible for past unemployment benefits.

By court order, beginning July 20, 2025, eligible individuals were able to receive both SSDI and Wisconsin UI benefits.

In addition, on August 20, 2025, the court issued an order pertaining to individuals who filed initial claims for unemployment benefits on or after September 8, 2015, through July 29, 2025. Those individuals may now receive past Wisconsin UI benefits if they met all other eligibility requirements.

DWD will mail a notice to individuals who may be eligible for past unemployment benefits to the address last provided to Wisconsin DWD.

Find more information at dwd.wi.gov/uiben/ssdi.htm

**Graphic (screenshot below, original in Canva):**



Ex. B