**October 2025 SSDI Claimant Portal Secure Message**
to send on 10/01/2025
*(send only to potential class members)*

*Rev. 9/5/2025*

**Subject***:* Important Updates to Unemployment Benefit Eligibility for Social Security Disability Insurance (SSDI) Recipients

**Body***:*

Our records show that you filed an initial claim for Wisconsin unemployment benefits on or after September 8, 2015, through July 29, 2025, and were denied benefits because you were receiving Social Security Disability Insurance (SSDI) benefits. Due to a recent federal court order, you may be eligible for past benefits if you met all other eligibility requirements.

1. You will need to take additional actions to request past benefits; check your mail for the *SSDI Notice Claimant Letter (Form UCB-20041).* This letter will give you more information.

2. Call the UI Help Center SSDI Hotline at (###) ###-####.

3. You can update your address, phone number, payment information, and income tax withholding on your Claimant Portal. You can do this by choosing the "Profile Settings" tile on the top of your UI Home page.

   - Choose "Personal Information" and the "Update" button and follow the steps to change your mailing address or phone number.

   - Choose "Payment Information" and the "Update" button and follow the steps to change your payment information.

   - Choose "Tax Withholding" and the "Update" button and follow the steps to change your federal or state income tax withholdings.

4. Once your contact and payment information is verified, the Department will return any overpayments charged against you for when the SSDI eligibility ban was in effect for your claims after Sept. 8, 2015.

5. For those who were denied eligibility and who never received any unemployment benefits at all, you may need to file weekly certifications for the weeks you were unemployed or working a reduced schedule.

You have 90 days from the day you receive this notice to complete all eligibility requirements for receiving the unemployment benefits due you as a result of this court order. **Do not delay.**

You can find other details at dwd.wi.gov/uiben/ssdi.htm or [class rep website].

----------

Ex.C

[Placeholder for translated Spanish - We plan to translate once we have agreement]