**October 2025 SSDI Claimant Portal Secure Message**
to send on ~~10/01/2025~~ TBD
*(send only to potential class members)*

Rev. 9/~~5~~17/2025

**Subject**: Important Updates to Unemployment Benefit Eligibility for Social Security Disability Insurance (SSDI) Recipients

**Body**:

Our records show that you filed an initial claim for Wisconsin unemployment benefits on or after September 8, 2015, through July 29, 2025, and were denied benefits because you were receiving Social Security Disability Insurance (SSDI) benefits. Due to a recent federal court order, you may be eligible for past benefits if you met all other eligibility requirements.

1. You will need to take additional actions to request past benefits; check your mail for the *SSDI Notice Claimant Letter (Form UCB-20041).* This letter will give you more information.

2. Call the UI Help Center SSDI Hotline at (###) ###-#### **within 90 days** of receiving your letter (step 1) to receive past Wisconsin unemployment benefits or returned overpayments.

    - Calling after 90 days can affect your eligibility for receiving past benefits or returned overpayments.

3. You can update your address, phone number, payment information, and income tax withholding on your Claimant Portal. You can do this by choosing the "Profile Settings" tile on the top of your UI Home page.

    - Choose "Personal Information" and the "Update" button and follow the steps to change your mailing address or phone number.
    - Choose "Payment Information" and the "Update" button and follow the steps to change your payment information.
    - Choose "Tax Withholding" and the "Update" button and follow the steps to change your federal or state income tax withholdings.

You can find other details at dwd.wi.gov/uiben/ssdi.htm

----------

[Placeholder for translated Spanish - We plan to translate once we have agreement]

Ex. D