

# Notice: Updates to Unemployment Eligibility for Social Security Disability Insurance (SSDI) Recipients

Due to a recent federal court order that found that a state statute was contrary to federal law, some individuals who were ineligible for Wisconsin unemployment benefits because they received Social Security Disability Insurance (SSDI) benefits may now be eligible for unemployment benefits. This includes new claims for unemployment benefits and for past unemployment benefits under certain circumstances:

Under the court order, you may receive <u>past</u> Wisconsin unemployment benefits if you meet eligibility requirements **AND** if, from September 8, 2015, through July 29, 2025, you:
- filed an <u>initial claim</u> for unemployment benefits in Wisconsin but were denied <u>because</u> you received SSDI benefits;
  **OR**
- had to repay unemployment benefits in Wisconsin <u>because</u> you received SSDI benefits.

If you fit the above, call the Help Center at (414) 435-7069 or toll-free (844) 910-3661 during business hours. The Wisconsin Department of Workforce Development (DWD) will send you a notice by mail at the address you last provided to DWD. DWD is working to resolve these claims, but please note that claim processing will take time.

Find more information at dwd.wi.gov/uiben/ssdi.htm or scan here:



If you fail to act within 90 days of receiving this notice, you will no longer be eligible for the return of overpayments, unemployment benefits due you for weekly certifications already on file, or the chance to file weekly certifications for the weeks in the past you were unemployed or working reduced hours. So, **do not delay.**

If you received federal Pandemic Unemployment Assistance (PUA):
- you are not eligible for both PUA and regular unemployment benefits due to federal law;
- PUA claims were paid at a higher rate than regular unemployment benefits; and
- for those reasons, additional unemployment benefits will not be paid for weeks you already received PUA payments.

A copy of the court's August 20, 2025 Order on Remedies can be found here: [provide link to Order on Remedies from DWD's website, not PACER]

Ex.E

DWD is an equal opportunity employer and service provider. If you have a disability and need assistance with this information, please dial 7-1-1 for Wisconsin Relay Service. Please contact the Unemployment Insurance

UCB-20040-P (N. 10/2025)

*Division at (414) 435-7069 or toll-free at (844) 910-3661 to request information in an alternate format, including translated to another language.*

