**Department of Workforce Development**
**Unemployment Insurance Division**
P.O. Box 7905
Madison, WI 53707

**STATE OF WISCONSIN**
**DWD**
**Department of Workforce Development**

**Tony Evers,** Governor
**Amy Pechacek**, Secretary

September XX, 2025

CLAIMANT NAME
ADDRESS
CITY, STATE ZIP

*Notice: Updates to Unemployment Eligibility for Social Security Disability Insurance (SSDI) Recipients*

Our records show that on or after September 8, 2015, through July 29, 2025, you had a Wisconsin unemployment claim that was denied because you were receiving SSDI benefits. Due to a recent federal court order, you may be eligible for past Wisconsin unemployment benefits.

You may receive past Wisconsin unemployment benefits if you met all other eligibility requirements **AND**:

| 1. you received SSDI benefits; | **AND** | 2. on or after September 8, 2015, through July 29, 2025, you: | | |
|---|---|---|---|---|
| | | filed an *initial claim* for unemployment benefits in Wisconsin but were denied <u>because</u> you received SSDI benefits. | **OR** | had to repay unemployment benefits in Wisconsin <u>because</u> you received SSDI benefits. |

  **Call the UI Help Center SSDI Hotline at (###) ###-#### within 90 days**  

You need to: update your address, phone number, payment information, and income tax withholding, verify your identity, and file weekly claim certifications. DWD will contact you if additional information is needed. You must provide all information required by DWD to process your claim.

If you fail to act within 90 days of receiving this notice, you will no longer be eligible for the return of overpayments, unemployment benefits due you for weekly certifications already on file, or the chance to file weekly certifications for the weeks in the past you were unemployed or working reduced hours. So, **do not delay.**

**If you received federal Pandemic Unemployment Assistance (PUA),** you are not eligible for both PUA and regular unemployment benefits due to federal law; PUA claims were paid at a higher rate than regular unemployment benefits; and for those reasons, additional unemployment benefits will not be paid out for weeks in which you have already received PUA payments.

The court order requires DWD to share your address, phone number, and the amount of unemployment benefits you received as a result of this class action lawsuit with the attorneys representing the plaintiffs and class.

Find more information at dwd.wi.gov/uiben/ssdi.htm or scan here:  or [class rep website].

Ex. G

UCB-20041 (N. 09/2025)

*\*\*See the back of this notice for **important information** you need to claim benefits.\*\**

**Information You Need**

Have the following information ready when you call to help process your claim quickly and easily:

- Your personal information:
    - Your social security number.
    - Your Wisconsin driver's license or identification number (if you have one).
    - Your current address and phone number.
    - Ability to verify bank account information.
- You may need to verify your identity by one of the following actions: uploading your identity information on the unemployment portal; completing, notarizing, and returning an affidavit of identity or completing an affidavit of identity at a U.S. Post Office.

To determine what you need to do, call the specific phone number for these cases at ###-###-#### to verify your identity and payment information and to receive further instructions about the return of prior over-payments and whether additional weekly certifications will need to be filed based on the initial claims that were perviously denied.

**\*\*IMPORTANT\*\***

- To file weekly missing claim certifications, you will need:
    - Dates you were unemployed. Then you will need to determine which weeks (Sunday through Saturday) in your unemployment benefit year for which you want to claim benefits by filing weekly certifications for those weeks.
    - Your work history, including:
        - Employers' business names.
        - Employers' addresses (including zip codes).
        - Employers' phone numbers.
        - First and last dates of work with each employer.
        - Reason you no longer work with each employer.
        - Keep in mind that any earnings from performing services for another qualify as a wage for the purposes of Wisconsin unemployment law.
    - ~~Dates you were unemployed.~~
    - If you worked reduced hours or hours with another employer for any week you wish to claim, have the following information:
        - Hours you worked each week,
        - Gross wages you earned each week, and
        - Name and address of the employer you worked for.
    - You will not need to conduct work search actions or complete the Wisconsin job registration requirement for the weeks in the past being claimed.
    - But, you may not qualify for any unemployment benefits if you cannot establish monetary eligibility (a benefit year with a weekly benefit rate) based on your prior wages from all your employers.

UCB-20041 (N. 09/2025)

You may be contacted to provide additional information. If you meet all other eligibility requirements, you will receive payment.

---

*DWD is an equal opportunity employer and service provider. If you have a disability and need assistance with this information, please dial 7-1-1 for Wisconsin Relay Service. Please contact the Unemployment Insurance Division at (414) 435-7069 or toll-free at (844) 910-3661 to request information in an alternate format, including translated to another language.*

---

UCB-20041 (N. 09/2025)