**Department of Workforce Development**
**Unemployment Insurance Division**
P.O. Box 7905
Madison, WI 53707



**STATE OF WISCONSIN**
**DWD**
Department of Workforce Development

**Tony Evers**, Governor
**Amy Pechacek**, Secretary

September XX, 2025

CLAIMANT NAME
ADDRESS
CITY, STATE ZIP

*Notice*: Updates to Unemployment Eligibility for Social Security Disability Insurance (SSDI) Recipients

Our records show that on or after September 8, 2015, through July 29, 2025, you had a Wisconsin unemployment claim that was denied because you were receiving SSDI benefits. Due to a recent federal court order, you may be eligible for past Wisconsin unemployment benefits.

You may receive past Wisconsin unemployment benefits if you met all other eligibility requirements **AND**:

1. you received SSDI benefits;

**AND**

2. on or after September 8, 2015, through July 29, 2025, you:

filed an *initial claim* for unemployment benefits in Wisconsin but were denied because you received SSDI benefits.

**OR**

had to repay unemployment benefits in Wisconsin because you received SSDI benefits.

⚠ **Call the UI Help Center SSDI Hotline at (###) ###-#### within 90 days to receive past Wisconsin unemployment benefits or returned overpayments.** ⚠

Calling after 90 days can affect your eligibility for receiving past benefits or returned overpayments.

You need to: update your address, phone number, payment information, and income tax withholding, verify your identity, and file weekly claim certifications. DWD will contact you if additional information is needed. You must provide all information required by DWD to process your claim.

**If you received federal Pandemic Unemployment Assistance (PUA),** you are not eligible for both PUA and regular unemployment benefits due to federal law; PUA claims were paid at a higher rate than regular unemployment benefits; and for those reasons, additional unemployment benefits will not be paid out for weeks in which you have already received PUA payments.

The court order requires DWD to share your address, phone number, and the amount of unemployment benefits you received as a result of this class action lawsuit with the attorneys representing the plaintiffs and class.

Find more information at dwd.wi.gov/uiben/ssdi.htm or scan here: 

**See the back of this notice for *important information* needed to claim benefits.**

UCB-20041 (N. 09/2025)

**Information You Need**

Have the following information ready when you call to help process your claim quickly and easily:

- Your personal information:
    - Your social security number.
    - Your Wisconsin driver's license or identification number (if you have one).
    - Your current address and phone number.
    - Ability to verify bank account information.
- You may need to verify your identity. You can choose whether you want to verify your identity online with Login.gov or in person at a Post Office.

**IMPORTANT**

- You may need to file weekly claim certifications for weeks you were unemployed or working reduced hours.
- To file weekly claim certifications, you will need:
    - Dates you were unemployed.
    - Your work history, including:
        - Employers' business names.
        - Employers' addresses (including zip codes).
        - Employers' phone numbers.
        - First and last dates of work with each employer.
        - Reason you no longer work with each employer.
    - ~~Dates you were unemployed.~~
    - If you worked reduced hours or hours with another employer for any week you wish to claim, have the following information:
        - Hours you worked each week,
        - Gross wages you earned each week, and
            - Wages are every form of compensation payable to you for personal services. This includes salaries, tips, commissions, bonuses, the reasonable value of room and board, payments-in-kind, and any other similar benefit received from an employer.
        - Name and address of the employer you worked for.

You may be contacted to provide additional information. If you meet all other eligibility requirements, you will receive payment.

*DWD is an equal opportunity employer and service provider. If you have a disability and need assistance with this information, please dial 7-1-1 for Wisconsin Relay Service. Please contact the Unemployment Insurance Division at (414) 435-7069 or toll-free at (844) 910-3661 to request information in an alternate format, including translated to another language.*

UCB-20041 (N. 09/2025)

---

Comments:

- DWD accepts additional information on identity verification. Proposes our standard language for consistency. Author (no date)
- DWD rejects additional instructions here that are already included on page 1 and below. It is also not applicable to this section of "Information You Need" Author (no date)
- DWD suggests this weekly claim language to address suggested language from page 1. Author (no date)
- DWD rejects addition of word "missing" - claimants will not know what's missing and what's not. Author (no date)
- DWD accepts reorganization of this language. DWD rejects additional details about dates that may confuse people. Author (no date)
- DWD rejects additional bullet here, addresses request for context about wages below. Author (no date)
- DWD accepts this proposed language. Author (no date)
- DWD accepts additional explanation of wages. Proposes standard language from Claimant Handbook for consistency. Author (no date)
- DWD rejects additional language about work search/Job Center of Wisconsin.

  DWD rejects additional language about specific monetary eligibility, materials note individuals must "meet all other eligibility requirements." Author (no date)

Ex.H