**Welcome Script:** Thank you for calling Wisconsin Unemployment. For verification purposes, may I please have your social security number?

May I please have your name?

May I please have your current mailing address?
- If different than what we have on file, after identity verification, update the caller's contact information

May I please have your current phone number?
- If different than what we have on file, after identity verification, update the caller's contact information

**Complete Caller Identify Verification**

Are you calling today because you heard about the court case overturning the SSDI eligibility ban or because you received a notice that you may be eligible for Unemployment Insurance after you had been denied due to receiving Social Security Disability Insurance payments?

~~Determine if individual is within the class.~~ **Presume person receiving SSDI benefits (not SSI or regular Social Security) who has a denied initial claim or overpayment is within the designated classes.**

> Explain to the individual that their SSDI status for the time period in question will be confirmed with the Social Security Administration.

**Payment verification**
?? How will individuals update their payment information and how will DWD verify that payments are going to the right individual?

> After verifying your SSDI status with the Social Security Administration, the Department will also verify that the mailing address for receiving a debit card or the contact information for the bank account deposit information is the same as the SSDI recipient's.

**Scripting if individual is not within the class:**
> The court's Order on Remedies outlined the class as individuals who had filed an initial claim for unemployment benefits in Wisconsin on or after September 8, 2015, through July 29, 2025, and were denied due to receiving SSDI benefits or who were ordered to repay unemployment benefits from September 8, 2015, through July 29, 2025. Only individuals with initial claims or over-payments already on file with the department are covered by this order.

**Scripting if the individual only received PUA and was denied on SSDI:**
> The Court's Order on Remedies outlined individuals who received Pandemic Unemployment Assistance (also known as PUA) are not eligible for both PUA and regular unemployment benefits and are not covered by this order.

> But, if you were denied PUA benefits for certain weeks during the Covid-19 pandemic or you had to repay PUA benefits for certain weeks, you may now be eligible for regular unemployment benefits, the federal supplemental pandemic unemployment compensation, and the pandemic extended unemployment compensation benefits that extended eligibility for regular unemployment benefits for those same week.

Ex. I

> **Review with the individual which weeks They received PUA benefits and which weeks They did not receive PUA benefits and discuss with the individual whether They were unemployed in those weeks in which no PUA benefits were paid.**
>
> **A review of prior initial determinations along with other pertinent calculations and notices from that time with the individual to refresh Their recollection about Their unemployment during these weeks may be needed. Offer to mail copies of these documents to the individual and to revisit these issues after the individual has had the chance to review these documents.**

**Scripting if individual is part of the class:**

*First, I need to verify some information*

*If you are found to be eligible for past Wisconsin unemployment benefits, how would you like to receive payments? You can receive them by Debit Card or through Direct Deposit to your bank account.*

*Unemployment insurance benefit payments are taxable income. The state tax rate is 5% and the federal tax rate is 10%. Do you want taxes withheld from potential payments?*

*We will also need you to verify your identity to protect your account and make sure potential payments are going to the right person. There are three ways you can do this:*

*You can log on to your Claimant Portal account and follow the steps to upload your driver's license, state ID, or passport booklet, OR get directions on how to verify your identity at your local post office, OR we can mail you a notary form for you to return with your identity verification documents.*

*Which identity verification method do you prefer?*

~~According to our records, the last weekly claim filed was XX/XX/XX for the benefit year started XX/XX/XX. Do you need to file any additional weeks for that benefit year?~~

**If there are overpayments from Sept. 7, 2015 to July 29, 2025, review with the individual the weeks at issue and overpayment amounts to be returned to the individual.**
*These amounts will be returned for any over-payments the Department collected or the individual paid to the Department directly. The overpayments being returned, however, do not include forfeitures of future unemployment benefits (also known as benefit amount reductions) or 40% administrative concealment penalties that might have been charged to you.*

**Scripting if the individual cannot establish a benefit year.**
*While your initial claim for the week ending XX/XX/XXXX was improperly denied, it appears that you are not eligible for any unemployment benefits because your earnings during the previous four quarters for either a regular benefit year or an alternative benefit year are not sufficient to establish a weekly benefit rate for you. Accordingly, while being improperly denied eligibility for regular unemployment benefits, there are no regular unemployment benefits that are due you for these weeks.*

**Review with the individual which weeks the Department has on file for denied initial claims.**

> **A review of prior initial determinations along with other pertinent calculations and notices from that time with the individual to refresh Their recollection about Their unemployment**

**during these weeks may be needed. Offer to mail copies of these documents to the individual and to revisit these issues after the individual has had the chance to review these documents.**

*According to our records, the last weekly claim filed was XX/XX/XX for the benefit year started XX/XX/XX.  Based on the claim-filing information now available to you and your knowledge of your work history and your unemployment status, do you need to file any additional weeks for that benefit year?*

**Scripting if the claimant indicates there are NO additional weeks to file**: *Thank you. The department will review your claim and if we need additional information, we will contact you.  At this time, I do not have a timeline of when your claim will be reviewed.  If any of your contact information changes, please make sure to update us.*

**Scripting if the claimant indicates there are additional weeks to file:** *To file your weekly claims, you need to provide:*
- *Gross wages and hours worked if you worked part time during the week including name and address of the employer.*
- *Keep in mind that any earnings from performing services for another qualify as a wage for the purposes of Wisconsin unemployment law.*
- *Dates of employment during XX/XX/XX and end of benefit year*

*Do you have that information available today?*

**Scripting if the claimant does not have the information needed:**  *You will need to collect that information before we can take your weekly claim certifications.  If you are unsure or don't remember, you may have to contact your past employer for this information.  We will need the gross wages earned and hours worked between Sunday and Saturday for each week and your dates of employment if you worked during the weeks you wish to claim.  Please call us back at XXX-XXX-XXXX when you have the information but please remember you need to call us within 90 days from the time you received the notice.*

**Scripting if the claimant does have all of the information needed:** *Taking the needed weekly claims will take some time as I will be asking you a series of questions for each week that you wish to file weekly claims for. Do you have time for me to help you with this today?*

**Scripting if the claimant does not have time:**  *When you are available, please call us back at XXX-XXX-XXXX but please remember you need to call us within 90 days from the date you received the notice.*

**If weekly certifications will proceed.**
*Because we are filing weekly certifications for weeks in the past, you are not required to do any work search actions or complete the Wisconsin job center registration requirement.*

**COMPLETE WEEKLY CLAIM CERTIFICATIONS**

**Closing Script:** *Someone from the department will contact you if additional information is needed to process your request. If your contact information or preferred payment method changes, please update it in your Claimant Portal or call us to have it updated.*