**Welcome Script:** *Thank you for calling Wisconsin Unemployment. For verification purposes, may I please have your social security number?*

*May I please have your name?*

*May I please have your current mailing address?*
- If different than what we have on file, after identity verification, update the caller's contact information

*May I please have your current phone number?*
- If different than what we have on file, after identity verification, update the caller's contact information

**Complete Caller Identify Verification**

*Are you calling today because you received a notice that you may be eligible for Unemployment Insurance after you had been denied due to receiving Social Security Disability Insurance payments or because you heard about the court case overturning the Social Security Disability eligibility ban?*

**Determine if individual is within the class.**

**NOT WITHIN THE CLASS**
**Scripting if individual is not within the class:**
> *The court's Order on Remedies outlined the class as individuals who had filed an initial claim for unemployment benefits in Wisconsin on or after September 8, 2015, through July 29, 2025, and were denied due to receiving SSDI benefits or, who were ordered to repay unemployment benefits for the same period. Only individuals with initial claims or overpayments already on file with the department are covered by this order.*

**Scripting if the individual only received PUA and was denied on SSDI (NO PUA Overpayment):**
> *The Court's Order on Remedies outlined individuals who received Pandemic Unemployment Assistance (also known as PUA) are not eligible for both PUA and regular unemployment benefits and are not covered by this order.*

**WITHIN THE CLASS**
**Scripting if individual is part of the class:**

*First, I need to verify some information*

*If you are found to be eligible for past Wisconsin unemployment benefits, how would you like to receive payments? You can receive them by Debit Card or through Direct Deposit to your bank account.*

*Unemployment insurance benefit payments are taxable income. The state tax rate is 5% and the federal tax rate is 10%. Do you want taxes withheld from potential payments?*

*We will also need you to verify your identity to protect your account and make sure potential payments are going to the right person. There are three ways you can do this:*

---

Comments:

- DWD accepts added language about court case, moved to make speaking more natural. — Author (no date)
- DWD rejects suggested language. Script content is up for negotiation, not processing steps. — Author (no date)
- DWD rejects process of coordinating with the Social Security Administration. Script content is up for negotiation, not processing steps. — Author (no date)
- DWD rejects payment information suggestion. This is part of the process and is discussed later. If there's concern, please know individuals do have to verify their identity. Additional suggestions in this points were process - script content is up for negotiation, not processing steps. — Author (no date)
- DWD accepts added language, shortened for more concise, easy to understand language. — Author (no date)
- DWD rejects language about PUA overpayments but did create a statement for "within the class" that accurately reflects processing. — Author (no date)
- DWD rejects language about initial determinations, DWD will follow claim processing procedures. Script content is up for negotiation, not processing steps. — Author (no date)

*You can log on to your Claimant Portal account and follow the steps to upload your driver's license, state ID, or passport booklet, OR get directions on how to verify your identity at your local post office, OR we can mail you a notary form for you to return with your identity verification documents.*

*Which identity verification method do you prefer?*

**Scripting if the individual was overpaid PUA benefits and denied on SSDI:**
*Our records show that you were overpaid PUA benefits and also denied on SSDI. We will need to make adjustments on your claim to determine your eligibility. We will contact you when that is done to discuss your claim further.*

> DWD rejects suggested language that discusses past history of claims in detail. These are processing suggestions. Script content is up for negotiation, not processing steps.
> Author (no date)

**Scripting if the individual is eligible under regular unemployment.**
*According to our records, the last weekly claim filed was XX/XX/XX for the benefit year started XX/XX/XX. Do you need to file any additional weeks for that benefit year?*

> DWD rejects suggested language for to make speaking more natural and keeping the content easier to understand.
> Author (no date)

**Scripting if the claimant indicates there are NO additional weeks to file**: *Thank you. The department will review your claim and if we need additional information, we will contact you. At this time, I do not have a timeline of when your claim will be reviewed. If any of your contact information changes, please make sure to update us.*

**Scripting if the claimant indicates there are additional weeks to file:** *To file your weekly claims, you need to provide:*
- *Gross wages and hours worked if you worked part time during the week including name and address of the employer.*
- *Dates of employment during XX/XX/XX and end of benefit year*

*Do you have that information available today?*

> DWD rejects additional language about wages. This is not new, standard operation processes. Script content is up for negotiation, not processing steps.
> Author (no date)

    **Scripting if the claimant does not have the information needed:** *You will need to collect that information before we can take your weekly claim certifications. If you are unsure or don't remember, you may have to contact your past employer for this information. We will need the gross wages earned and hours worked between Sunday and Saturday for each week and your dates of employment if you worked during the weeks you wish to claim. Please call us back at XXX-XXX-XXXX when you have the information but please remember you need to call us within 90 days from the time you received the notice.*

    **Scripting if the claimant does have all of the information needed:** *Taking the needed weekly claims will take some time as I will be asking you a series of questions for each week that you wish to file weekly claims for. Do you have time for me to help you with this today?*

        **Scripting if the claimant does not have time:** *When you are available, please call us back at XXX-XXX-XXXX but please remember you need to call us within 90 days from the date you received the notice.*

> DWD rejects additional language about weekly certifications. Does not make sense as claims process does not ask questions now about work search actions/registration in the past.
> Author (no date)

**COMPLETE WEEKLY CLAIM CERTIFICATIONS**

**Closing Script:** *Someone from the department will contact you if additional information is needed to process your request. If your contact information or preferred payment method changes, please update it in your Claimant Portal or call us to have it updated.*

Ex. J