IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

NOTICE OF RESOLUTION OF A CLASS ACTION

A class of people with disabilities who received Social Security Disability Insurance Benefits (SSDI benefits) sued the State of Wisconsin. That class claimed that a Wisconsin law that automatically prevented people who received SSDI benefits from also getting unemployment benefits was against the law. A federal court has decided that Wisconsin did violate laws related to disability discrimination. Because of that decision, you may be entitled to past benefits.

The Department is no longer permitted to disallow unemployment benefits to a claimant simply because the claimant also received SSDI benefits.

The court has defined two classes of disabled people entitled to additional legal relief.

> **The first class** includes individuals who applied for unemployment benefits in Wisconsin after September 7, 2015, and before July 30, 2025, ("the relevant period") but were denied benefits because they received SSDI benefits. (This is "**the First Class**").
>
> **The second class** includes individuals who were ordered to repay unemployment benefits that they received in Wisconsin during the relevant period because they also received SSDI benefits. (This is **"the Second Class."**)

For each person that belongs to either class, the State of Wisconsin Department of Workforce Development ("the Department") will confirm the current contact information

for each class member, including confirmation of bank account or debit card information. Once this confirmation process is complete, the Department shall:

- Pay out regular unemployment benefits denied to the **First Class** during the relevant period(s) over which the Department should have paid benefits earlier to that class. After confirming their contact information and bank account or debit card information, members of the **First Class** may need to file additional weekly certifications for the weeks they were unemployed in the past in order to be paid unemployment benefits for those weeks. Claimants in **the First Class** will be entitled to benefits unless they are disqualified for some reason other than the fact that they received SSDI benefits.

- Return over-payments for the relevant period(s) to the **Second Class**. Members of the **Second Class** need take no action to receive these benefits other than confirming their contact information and bank account or debit card information.

The Department will send notice to class members of their possible entitlement to unemployment benefits by mail.

A member of the First Class may need to file weekly certifications going back to September 7, 2015, for weeks they were unemployed and now want to receive regular unemployment benefits. The class member will be excused from the requirement that they conduct four, weekly work-search actions to be entitled to benefits covered by the certification. For these back-dated weekly certifications, the class member will also be

excused from registering with the job center of Wisconsin for the periods in the past for which they are seeking such unemployment benefits.

*To be entitled to these unemployment benefits, class members <u>must</u> file certifications within 90 days of receiving the notice that they might be eligible for additional benefits.*

Class members who received Pandemic Unemployment Assistance (PUA) benefits will not receive and should not seek regular unemployment benefits for the weeks when those class members received PUA benefits. Class members who did **not** receive PUA benefits in 2020 and 2021, however, will now be eligible for regular unemployment benefits and supplemental Pandemic Unemployment Compensation and Pandemic Extended Unemployment Compensation benefits for the weeks in 2020 and 2021 they were unemployed and found not eligible for PUA benefits.

If a class member claimant had been charged a penalty for concealment of unemployment benefits, that class member will not be entitled to a return of the 40 percent administrative concealment penalty nor any forfeiture of future unemployment benefits that may still apply. That forfeiture of future benefits will no longer apply, however, if more than six years has passed since the claimant would have been required to repay unemployment benefits because of unemployment concealment. Furthermore, that class member is now eligible for unemployment benefits that the class member was required to repay, and any over-payment of those benefits will be returned.

Members of both classes are now eligible for regular unemployment benefits regardless of their receipt of SSDI benefits.

Class member claimants may file initial claims and weekly certifications by phone or online. Work search requirements and the requirement to register with the job center of Wisconsin apply to current unemployment claims from SSDI recipients just as those requirements apply to any current unemployment claim.

A copy of the Court's order can be found at [website].

If the class members have questions about their rights or this notice, they may contact the attorneys at 608-841-2150 or [email address]. Class members may also contact the Department at [phone number] and [email address].