**Department of Workforce Development**
**Secretary's Office**
201 E. Washington Avenue
P.O. Box 7946
Madison, WI 53707
Telephone: (608) 266-3131
Fax: (608) 266-1784
Email: sec@dwd.wisconsin.gov



**Tony Evers,** Governor
**Amy Pechacek,** Secretary

FOR IMMEDIATE RELEASE
OCTOBER 1, 2025
CONTACT: DWD Communications
CommunicationsOffice@dwd.wisconsin.gov

# Updates to Unemployment Eligibility for Social Security Disability Insurance Recipients in Wisconsin

MADISON – Due to a recent federal court order that found that a 2013 state statute was contrary to federal law, some individuals who were ineligible for Wisconsin unemployment benefits because they received Social Security Disability Insurance (SSDI) benefits may now be eligible for past unemployment benefits.

While the Evers Administration attempted to remove the statutory provision that disqualified people who receive SSDI from also receiving unemployment benefits in his biennial budgets, the legislature did not pass his proposals and the 2013 statute remained on the books. Without the court's order, the Department of Workforce Development (DWD) had a responsibility to administer the 2013 statute. Now, per the federal court order, DWD will process unemployment insurance (UI) claims for individuals who receive SSDI.

Under the court's July 14, 2025, preliminary injunction, beginning July 20, 2025, eligible individuals were able to receive both SSDI and Wisconsin UI benefits.

In addition, on August 20, 2025, the court issued an order pertaining to individuals who filed initial claims for unemployment benefits on or after September 8, 2015, through July 29, 2025. Those individuals may now receive <u>past</u> Wisconsin UI benefits if they met <u>all other</u> eligibility requirements; **AND** received SSDI benefits; **AND** on or after September 8, 2015, through July 29, 2025, they:

- ☐ filed an <u>initial claim</u> for unemployment benefits in Wisconsin but were denied <u>because</u> they received SSDI benefits;
  **OR**
- ☐ had to repay unemployment benefits in Wisconsin <u>because</u> they received SSDI benefits.

By this release, DWD is notifying individuals affected by this court order. DWD is also mailing notices to individuals who may be eligible for <u>past</u> unemployment benefits.

DWD has begun processing these claims, but it will take time to complete the processing for all individuals who may be eligible.

A copy of the court's August 20, 2025 Order on Remedies can be found here: [provide link to Order on Remedies from DWD's website, not PACER]

Find more information at https://dwd.wisconsin.gov/uiben/ssdi.htm

---

**ABOUT DWD**

Wisconsin's Department of Workforce Development efficiently delivers effective and inclusive services to meet Wisconsin's diverse workforce needs now and for the future. The department advocates for and invests in the protection and economic advancement of all Wisconsin workers, employers, and job seekers through six divisions – Employment and Training, Vocational Rehabilitation, Unemployment Insurance, Equal Rights, Worker's Compensation, and Administrative Services. To keep up with DWD announcements and information, sign up for news releases and follow us on LinkedIn, Facebook, X, and YouTube.

**Oct 2025 SSDI Case Changes**
**Social Media Post**

*Rev. 9/5/2025 for October 1, 2025 Posting*

**Content:**

Due to a recent federal court order that found that a 2013 state statute was contrary to federal law, some individuals who were ineligible for Wisconsin unemployment insurance (UI) benefits because they received Social Security Disability Insurance (SSDI) benefits may now be eligible for past unemployment benefits.

By court order, beginning July 20, 2025, eligible individuals were able to receive both SSDI and Wisconsin UI benefits.

In addition, on August 20, 2025, the court issued an order pertaining to individuals who filed initial claims for unemployment benefits on or after September 8, 2015, through July 29, 2025. Those individuals may now receive past Wisconsin UI benefits if they met all other eligibility requirements.

DWD will mail a notice to individuals who may be eligible for past unemployment benefits to the address last provided to Wisconsin DWD.

Find more information at dwd.wi.gov/uiben/ssdi.htm

**Graphic (screenshot below, original in Canva):**



**October 2025 SSDI Claimant Portal Secure Message**
to send on TBD
*(send only to potential class members)*

**Subject**: Important Updates to Unemployment Benefit Eligibility for Social Security Disability Insurance (SSDI) Recipients

**Body**:

Our records show that you filed an initial claim for Wisconsin unemployment benefits on or after September 8, 2015, through July 29, 2025, and were denied benefits because you were receiving Social Security Disability Insurance (SSDI) benefits. Due to a recent federal court order, you may be eligible for past benefits if you met all other eligibility requirements.

1. You will need to take additional actions to request past benefits; check your mail for the *SSDI Notice Claimant Letter (Form UCB-20041).* This letter will give you more information.

2. Call the UI Help Center SSDI Hotline at (###) ###-#### **within 90 days** of receiving your letter (step 1) to receive past Wisconsin unemployment benefits or returned overpayments.

    - Calling after 90 days can affect your eligibility for receiving past benefits or returned overpayments.

3. You can update your address, phone number, payment information, and income tax withholding on your Claimant Portal. You can do this by choosing the "Profile Settings" tile on the top of your UI Home page.

    - Choose "Personal Information" and the "Update" button and follow the steps to change your mailing address or phone number.
    - Choose "Payment Information" and the "Update" button and follow the steps to change your payment information.
    - Choose "Tax Withholding" and the "Update" button and follow the steps to change your federal or state income tax withholdings.

You can find other details at [dwd.wi.gov/uiben/ssdi.htm](dwd.wi.gov/uiben/ssdi.htm)

----------

[Placeholder for translated Spanish]



# Notice: Updates to Unemployment Eligibility for Social Security Disability Insurance (SSDI) Recipients

Due to a recent federal court order that found that a state statute was contrary to federal law, some individuals who were ineligible for Wisconsin unemployment benefits because they received Social Security Disability Insurance (SSDI) benefits may now be eligible for unemployment benefits. This includes new claims for unemployment benefits and for past unemployment benefits under certain circumstances:

Under the court order, you may receive past Wisconsin unemployment benefits if you meet eligibility requirements **AND** if, from September 8, 2015, through July 29, 2025, you:
- ☐ filed an initial claim for unemployment benefits in Wisconsin but were denied because you received SSDI benefits;
  **OR**
- ☐ had to repay unemployment benefits in Wisconsin because you received SSDI benefits.

If you fit the above, call the Help Center at (414) 435-7069 or toll-free (844) 910-3661 during business hours. The Wisconsin Department of Workforce Development (DWD) will send you a notice by mail at the address you last provided to DWD. DWD is working to resolve these claims, but please note that claim processing will take time.

Find more information at dwd.wi.gov/uiben/ssdi.htm or scan here:



If you received federal Pandemic Unemployment Assistance (PUA):
- you are not eligible for both PUA and regular unemployment benefits due to federal law;
- PUA claims were paid at a higher rate than regular unemployment benefits; and
- for those reasons, additional unemployment benefits will not be paid for weeks you already received PUA payments.

A copy of the court's August 20, 2025 Order on Remedies can be found here: **[provide link to Order on Remedies from DWD's website]**

---

*DWD is an equal opportunity employer and service provider. If you have a disability and need assistance with this information, please dial 7-1-1 for Wisconsin Relay Service. Please contact the Unemployment Insurance Division at (414) 435-7069 or toll-free at (844) 910-3661 to request information in an alternate format, including translated to another language.*

UCB-20040-P (N. 10/2025)

**Department of Workforce Development**
**Unemployment Insurance Division**
P.O. Box 7905
Madison, WI 53707

**STATE OF WISCONSIN**
**DWD**
Department of Workforce Development

**Tony Evers,** Governor
**Amy Pechacek**, Secretary

September XX, 2025

CLAIMANT NAME
ADDRESS
CITY, STATE ZIP

*Notice: Updates to Unemployment Eligibility for Social Security Disability Insurance (SSDI) Recipients*

Our records show that on or after September 8, 2015, through July 29, 2025, you had a Wisconsin unemployment claim that was denied because you were receiving SSDI benefits. Due to a recent federal court order, you may be eligible for past Wisconsin unemployment benefits.

You may receive past Wisconsin unemployment benefits if you met all other eligibility requirements **AND**:

| 1. you received SSDI benefits; | **AND** | 2. on or after September 8, 2015, through July 29, 2025, you: |
|---|---|---|
| | | filed an *initial claim* for unemployment benefits in Wisconsin but were denied <u>because</u> you received SSDI benefits.  **OR**  had to repay unemployment benefits in Wisconsin <u>because</u> you received SSDI benefits. |

 **Call the UI Help Center SSDI Hotline at (###) ###-#### within 90 days to receive past Wisconin unemployment benefits or returned overpayments.** 

Calling after 90 days can affect your eligibility for receiving past benefits or returned overpayments.

You need to: update your address, phone number, payment information, and income tax withholding, verify your identity, and file weekly claim certifications. DWD will contact you if additional information is needed. You must provide all information required by DWD to process your claim.

**If you received federal Pandemic Unemployment Assistance (PUA),** you are not eligible for both PUA and regular unemployment benefits due to federal law; PUA claims were paid at a higher rate than regular unemployment benefits; and for those reasons, additional unemployment benefits will not be paid out for weeks in which you have already received PUA payments.

The court order requires DWD to share your address, phone number, and the amount of unemployment benefits you received as a result of this class action lawsuit with the attorneys representing the plaintiffs and class.

Find more information at dwd.wi.gov/uiben/ssdi.htm or scan here:

**See the back of this notice for *important information* you need to claim benefits.**
UCB-20041 (N. 09/2025)

**Information You Need**

Have the following information ready when you call to help process your claim quickly and easily:

- Your personal information:
    - Your social security number.
    - Your Wisconsin driver's license or identification number (if you have one).
    - Your current address and phone number.
    - Ability to verify bank account information.
- You may need to verify your identity. You can choose whether you want to verify your identity online with Login.gov or in person at a Post Office.

**IMPORTANT**

- You may need to file weekly claim certifications for weeks you were unemployed or working reduced hours.
- To file weekly claim certifications, you will need:
    - Dates you were unemployed.
    - Your work history, including:
        - Employers' business names.
        - Employers' addresses (including zip codes).
        - Employers' phone numbers.
        - First and last dates of work with each employer.
        - Reason you no longer work with each employer.
    - If you worked reduced hours or hours with another employer for any week you wish to claim, have the following information:
        - Hours you worked each week,
        - Gross wages you earned each week, and
            - Wages are every form of compensation payable to you for personal services. This includes salaries, tips, commissions, bonuses, the reasonable value of room and board, payments-in-kind, and any other similar benefit received from an employer.
        - Name and address of the employer you worked for.

You may be contacted to provide additional information. If you meet all other eligibility requirements, you will receive payment.

> *DWD is an equal opportunity employer and service provider. If you have a disability and need assistance with this information, please dial 7-1-1 for Wisconsin Relay Service. Please contact the Unemployment Insurance Division at (414) 435-7069 or toll-free at (844) 910-3661 to request information in an alternate format, including translated to another language.*

UCB-20041 (N. 09/2025)

**Welcome Script:** *Thank you for calling Wisconsin Unemployment. For verification purposes, may I please have your social security number?*

*May I please have your name?*

*May I please have your current mailing address?*
- If different than what we have on file, after identity verification, update the caller's contact information

*May I please have your current phone number?*
- If different than what we have on file, after identity verification, update the caller's contact information

**Complete Caller Identify Verification**

*Are you calling today because you received a notice that you may be eligible for Unemployment Insurance after you had been denied due to receiving Social Security Disability Insurance payments or because you heard about the court case overturning the Social Security Disability eligibility ban?*

**Determine if individual is within the class.**

**NOT WITHIN THE CLASS**
**Scripting if individual is not within the class:**
> *The court's Order on Remedies outlined the class as individuals who had filed an initial claim for unemployment benefits in Wisconsin on or after September 8, 2015, through July 29, 2025, and were denied due to receiving SSDI benefits or who were ordered to repay unemployment benefits for the same period. Only individuals with initial claims or overpayments already on file with the department are covered by this order.*

**Scripting if the individual only received PUA and was denied on SSDI (NO PUA Overpayment):**
> *The Court's Order on Remedies outlined individuals who received Pandemic Unemployment Assistance (also known as PUA) are not eligible for both PUA and regular unemployment benefits and are not covered by this order.*

**WITHIN THE CLASS**
*First, I need to verify some information*

*If you are found to be eligible for past Wisconsin unemployment benefits, how would you like to receive payments? You can receive them by Debit Card or through Direct Deposit to your bank account.*

*Unemployment insurance benefit payments are taxable income. The state tax rate is 5% and the federal tax rate is 10%. Do you want taxes withheld from potential payments?*

*We will also need you to verify your identity to protect your account and make sure potential payments are going to the right person. There are three ways you can do this:*

*You can log on to your Claimant Portal account and follow the steps to upload your driver's license, state ID, or passport booklet, OR get directions on how to verify your identity at your local post office, OR we can mail you a notary form for you to return with your identity verification documents.*

*Which identity verification method do you prefer?*

**Scripting if the individual was overpaid PUA benefits and denied on SSDI:**
*Our records show that you were overpaid PUA benefits and also denied on SSDI. We will need to make adjustments on your claim to determine your eligibility. We will contact you when that is done to discuss your claim further.*

**Scripting if the individual is eligible under regular unemployment.**
*According to our records, the last weekly claim filed was XX/XX/XX for the benefit year started XX/XX/XX. Do you need to file any additional weeks for that benefit year?*

**Scripting if the claimant indicates there are NO additional weeks to file**: *Thank you. The department will review your claim and if we need additional information, we will contact you. At this time, I do not have a timeline of when your claim will be reviewed. If any of your contact information changes, please make sure to update us.*

**Scripting if the claimant indicates there are additional weeks to file:** *To file your weekly claims, you need to provide:*
- *Gross wages and hours worked if you worked part time during the week including name and address of the employer.*
- *Dates of employment during XX/XX/XX and end of benefit year*

*Do you have that information available today?*

**Scripting if the claimant does not have the information needed:** *You will need to collect that information before we can take your weekly claim certifications. If you are unsure or don't remember, you may have to contact your past employer for this information. We will need the gross wages earned and hours worked between Sunday and Saturday for each week and your dates of employment if you worked during the weeks you wish to claim. Please call us back at XXX-XXX-XXXX when you have the information but please remember you need to call us within 90 days from the time you received the notice.*

**Scripting if the claimant does have all of the information needed:** *Taking the needed weekly claims will take some time as I will be asking you a series of questions for each week that you wish to file weekly claims for. Do you have time for me to help you with this today?*

**Scripting if the claimant does not have time:** *When you are available, please call us back at XXX-XXX-XXXX but please remember you need to call us within 90 days from the date you received the notice.*

**COMPLETE WEEKLY CLAIM CERTIFICATIONS**

**Closing Script:** *Someone from the department will contact you if additional information is needed to process your request. If your contact information or preferred payment method changes, please update it in your Claimant Portal or call us to have it updated.*

https://dwd.wisconsin.gov/ui/

    News – route to https://dwd.wisconsin.gov/uiben/ssdi.htm

Unemployment Information for Social Security Disability Insurance (SSDI) Recipients

----------

https://dwd.wisconsin.gov/uiben/

    Banner – route to https://dwd.wisconsin.gov/uiben/ssdi.htm

Notice: Some people who received Social Security Disability Insurance (SSDI) benefits and filed an initial claim for Wisconsin unemployment benefits may be eligible for past benefits.