IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN BEMKE, et al.,

       Plaintiffs,

    v.                                     Case No. 21-CV-560

AMY PECHACEK,

       Defendant.

## CERTIFICATION PURSUANT TO PARAGRAPH 8 OF THIS COURT'S AUGUST 20, 2025, ORDER ON REMEDIES

Defendant Amy Pechacek files this certification pursuant to paragraph 8 of this Court's August 20, 2025, order on remedies, (Dkt. 124). On October 14, 2025, 13,916 notice letters were mailed to class members.

Attached to this certification are copies of the notices posted on the Department of Workforce Development's website and claimant portal, the news release issued to reporting services, and the notice prepared for posting by employers. (*See* Dkt. 124 ¶ 8.)

**Certified by the Wisconsin Department of Workforce Development:**

*Jim Chiolino*

_____

Jim Chiolino
Administrator, Unemployment Insurance Division

Dated this 20th day of October 2025.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/ Steven C. Kilpatrick
STEVEN C. KILPATRICK
Assistant Attorney General
State Bar #1025452

CLAYTON P. KAWSKI
Assistant Attorney General
State Bar #1066228

KARLA Z. KECKHAVER
Assistant Attorney General
State Bar # 1028242

Attorneys for Defendant Amy Pechacek

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1792 (Kilpatrick)
(608) 266-8549 (Kawski)
(608) 264-6365 (Keckhaver)
(608) 294-2907 (Fax)
Steven.Kilpatrick@wisdoj.gov
Clayton.Kawski@wisdoj.gov
Karla.Keckhaver@wisdoj.gov



# Department of Workforce Development



# Unemployment Insurance

Apply for Unemployment Benefits

Reset Password for Unemployment Benefits

## CLAIMANTS

Learn how to apply for unemployment benefits, file a weekly claim, understand requirements, and more.

What to Know

> Apply for Benefits Online
> File Your Weekly Claim
> Claimant Handbook

## EMPLOYERS

File unemployment tax and wage reports, access other employer online services, and more.

Online Services

> Payment Options
> Respond Electronically
> Employer Handbook

## SERVICE PROVIDERS

Resources and online services for providers who upload data on behalf of employers.

Learn More

> About Data File Exchange

## COMMUNITY PARTNERS

Toolkit for non-profits and other community partners who assist claimants with the UI process.

Toolkit

> Ideas for Outreach
> Directory of Resources

Hi! I am Mattie Moo, the DWD Bot. Click me for assistance. ✕



# Unemployment News

› [Unemployment Information for Social Security Disability Insurance (SSDI) Recipients](#)
› [Federal Government Shutdown FAQ](#)
› [Workers Affected by Recent Severe Weather in Milwaukee, Washington, and Waukesha Counties are Eligible to Apply for Disaster Unemployment Assistance (DUA)](#) – Applications must be filed by Nov. 10, 2025
› [Avoid Scams and Identity Fraud](#)
› [UI Modernization Project Status](#)

# Contact Us

- [Claimant Assistance](#)
- [Employer Assistance](#)
- [Hearing Office Contacts](#)
- [Report Unemployment Fraud](#)
- [Report Suspected Misclassified Workers](#)
- [File an Appeal](#)

# Language and Disability Assistance

- [Español](#)
- [Hmoob](#)
- [Request an Accommodation](#)
- [Ask Questions or Apply for Unemployment Benefits](#) 🈂
- [Interpreter and Translation Services](#) 🈂

# Statistics

## [Statistics Dashboard](#)

Wisconsin initial and weekly claim data by county, industry, and statewide. Also includes adjudication, benefits paid, UI calls, and appeals data. *(Updated every Thursday)*

# Additional Resources

## [Identity Fraud & Scams](#)

Hi! I am Mattie Moo, the DWD Bot. Click me for assistance. ✕

What fraud looks like, how to report, identity fraud resources, and avoiding scams.

## Work-Share Program

Employers avoid layoffs and retain trained staff, and employees maintain benefits and remain employed.

## Worker Classification

How to correctly classify each worker as either an "employee" or "independent contractor."

## Unemployment Insurance Advisory Council (UIAC)

The UIAC recommends changes to improve Wisconsin unemployment laws.

## Legal Resources

Information on appeal hearings and law changes related to unemployment.

## Labor Law Training

Educational sessions open to the public explaining the laws and rules DWD administers.

## Federal Funding Disclosure (Stevens Amendment)

Acknowledgement of federal funding for UI programs and projects.

Hi! I am Mattie Moo, the DWD Bot. Click me for assistance. ✕



**Department of Workforce Development**

# Unemployment Benefits for Claimants

English  |  Español

> ### Notice: Some people who received Social Security Disability Insurance (SSDI) benefits and filed an initial claim for Wisconsin unemployment benefits may be eligible for past benefits.

If you have become unemployed or partially unemployed, you may apply for unemployment benefits online. File weekly claims to receive benefit payments after requirements are met.



**Apply for Benefits Online**



**File Your Weekly Claim**



**Your Claim Information**



**Claimant Handbook**

## Unemployment News

› Unemployment Information for Social Security Disability Insurance (SSDI) Recipients
› Federal Government Shutdown FAQ
› Workers Affected by Recent Severe Weather in Milwaukee, Washington, and Waukesha Counties are El...

## Quick Links

- Identity Verification Process
- Avoid Scams & Identity Fraud
- Work Search
- Registration for Work
- 1099-G Tax Information
- Payment Information
- Federal Unemployment Programs Ended
- Report Fraud
- File an Appeal
- Frequently Asked Questions
- Forms & Publications
- Hours of Operation - Online Services and Contact Information

## Language and Disability

Español

Hi! I am Mattie Moo, the DWD Bot. Click me for assistance.  ✕

for Disaster Unemployment Assistance (DUA) – Applications
must be filed by Nov. 10, 2025
  › Avoid Scams and Identity Fraud

- Hmoob
- Request an Accommodation
- Ask Questions or Apply for Unemployment Benefits 🔄
- Interpreter & Translation Services 🔄

# Additional Programs & Services

- Job Center of Wisconsin (JCW) - for work registration and other employment and training resources
- Re-Employment Services (RES) - for job seekers required to look for work
- Trade Adjustment Assistance Program (TAA) - for job lost due to foreign competition
- Legal Resources - for appeal hearings and law change information

# Filing Requirements Video

**How to File and Meet Work Search Requirements**



Unemployment Filing Requirements

Hi! I am Mattie Moo, the DWD Bot. ✕
Click me for assistance.



**Department of Workforce Development**

# Beneficios de Desempleo para Reclamantes

English | Español

> **Aviso: Algunas personas que recibieron beneficios del Seguro por Incapacidad del Seguro Social (SSDI) y presentaron un reclamo inicial para beneficios de desempleo de Wisconsin tal vez pueden ser elegibles para beneficios anteriores.**

Si se ha quedado desempleado o parcialmente desempleado, puede solicitar beneficios de desempleo en línea. Presente reclamos semanales para recibir pagos de beneficios después de cumplir con los requisitos.



**Solicite Beneficios en Línea**



**Presente Su Reclamo Semanal**



**Información de Su Reclamo**



**Manual para Reclamantes**

# Noticias de Desempleo

› Información de Desempleo para los Beneficiarios del Seguro por Incapacidad del Seguro Social (

› Preguntas Más Frecuentes Sobre el Cierre d
Federal

## Enlaces Rápidos

- Proceso de Verificación de Identidad
- Evitar Estafas y Fraude de Identidad
- Búsqueda de Trabajo
- Registro para el Trabajo
- Información Sobre Su Formulario De Impuestos 1099-G
- Información de Pago de Beneficios
- Fin de los programas de desempleo federales
- Reportar Fraude
- Cómo Registrar una Apelación
- Preguntas Frecuentes
- Formularios y Publicaciones

Hi! I am Mattie Moo, the DWD Bot. ✕
Click me for assistance.

- [Los Trabajadores Afectados por la Severidad de Clima Reciente en los Condados de Milwaukee, Washington y Waukesha son elegibles para solicitar Asistencia de Desempleo por Desastre (DUA)](#) – Las solicitudes se deben presentar antes del 10 de noviembre de 2025.
- [Evitar Estafas y Fraude de Identidad](#)

# Programas Y Servicios Adicionales

- [Centro de Empleo de Wisconsin (JCW)](#) - para el registro de trabajo y otros recursos de empleo y capacitación
- [Servicios de Reempleo (RES)](#) - para buscadores de trabajo requeridos a buscar trabajo
- [Asistencia de Ajuste de Profesión (TAA)](#) - por trabajo perdido debido a competencia extranjera
- [Recursos Legales](#) - para audiencias de apelación e información sobre cambios en la ley

# Video de Requisitos de Presentación

**Cómo Presentar y Cumplir con los Requisitos de Búsqueda de Trabajo**

Requisitos de Presentación de Dese...

## Servicios en Línea e Información

[Sobre Contactos](#)

## Asistencia de Idioma y Discapacidad

- [Español](#)
- [Hmoob](#)
- [Solicitar un Acomodación](#)
- [Icono de Traducción a otros Idiomas de Hacer Preguntas o de Solicitar Beneficios de Desempleo](#) 🌐
- [Servicios de Interpretación y Traducción](#) 🌐

Hi! I am Mattie Moo, the DWD Bot. Click me for assistance.

## Message Center

View all system announcements

| Subject | Sent | Message Preview | Status |
|---|---|---|---|
| **Important Updates to Unemployment Benefit Eligibility for Social Security Disability Insurance (SSDI) Recipients** | 10/14/2025 10:42:15 AM | **Our records show that you filed an initial claim for Wisconsin unemployment benefits on or afte...** | Unread |
| **2022 1099-G available** | 1/19/2023 5:33:52 PM | **1099-G income tax statements for 2022 are now available online. Select "Get your 1099-G" from ...** | Unread |

Showing 1 to 2 of 2 entries

Return to My UI Home

### Message

Our records show that you filed an initial claim for Wisconsin unemployment benefits on or after September 8, 2015, through July 29, 2025, and were denied benefits because you were receiving Social Security Disability Insurance (SSDI) benefits. Due to a recent federal court order, you may be eligible for past benefits if you met all other eligibility requirements.

1. You will need to take additional actions to request past benefits; check your mail for the *SSDI Notice Claimant Letter (Form UCB-20041)*. This letter will give you more information.
2. Call the UI Help Center SSDI Hotline at (414) 435-2559 **within 90 days** of receiving your letter (step 1) to receive past Wisconsin unemployment benefits or returned overpayments.
   - Calling after 90 days can affect your eligibility for receiving past benefits or returned overpayments.
3. You can update your address, phone number, payment information, and income tax withholding on your Claimant Portal. You can do this by choosing the "Profile Settings" tile on the top of your UI Home page.
   - Choose "Personal Information" and the "Update" button and follow the steps to change your mailing address or phone number.
   - Choose "Payment Information" and the "Update" button and follow the steps to change your payment information.
   - Choose "Tax Withholding" and the "Update" button and follow the steps to change your federal or state income tax withholdings.

You can find other details at dwd.wi.gov/uiben/ssdi.htm

Return to My UI Home          Return to Message Center

## Centro de Mensajes

Vea todos los anuncios del sistema

| Sujeto | Enviado | Vista previa de mensaje | Estado |
|---|---|---|---|
| **Actualizaciones importantes sobre la Elegibilidad de Desempleo para los Beneficiarios del Seguro por Incapacidad del Seguro Social (SSDI)** | 14/10/2025 10:41:56 AM | **Nuestros registros indican que usted presentó una solicitud inicial para beneficios de desemple...** | No leído |

Mostrando 1 al 1 de 1 entradas

Regresar a mi página de inicio del Desempleo

### Mensaje

Nuestros registros indican que usted presentó una solicitud inicial para beneficios de desempleo en Wisconsin en o después del 8 de septiembre del 2015 al 29 de Julio de 2025, y fue negado porque estaba recibiendo beneficios del Seguro por Incapacidad del Seguro Social (SSDI). Debido a una reciente orden judicial federal, podría ser elegible para beneficios si cumplió con todos los demás requisitos de elegibilidad.

1. Necesitará tomar acciones adicionales para solicitar beneficios anteriores; Revise su correo postal para la carta de Aviso del Reclamante del SSDI (Formulario UCB-20041). Esta carta le dará más información.
2. Llame a la Línea Directa de SSDI del Centro de Ayuda de UI (414) 435-2559 **dentro de 90 días** de recibir su carta (paso 1) para recibir beneficios de desempleo anteriores de Wisconsin o sobrepagos devueltos.
   - Llamando después de 90 días puede afectar su legibilidad para recibir beneficios anteriores o sobrepagos devueltos.
3. Puede actualizar su dirección, número de teléfono, información de pago y retención de impuestos en su Portal de Reclamantes. Puede hacer esto eligiendo el mosaico "Configuración de perfil" en la parte superior de la página de inicio del Desempleo
   - Elije "Información personal" y el botón de "Actualizar" y sigue los pasos para cambiar su dirección de correo postal o su número de teléfono.
   - Elije "Información sobre el/los pago/s" y el botón de "Actualizar" y sigue los pasos para cambiar su información de pagos.
   - Elije "Retención de impuestos" y el botón de "Actualizar" y sigue los pasos para cambiar sus retenciones de impuestos federales o estatales sobre la renta.

Puede encontrar otros detalles en dwd.wi.gov/uiben/spanish/ssdi.htm

Regresar a mi página de inicio del Desempleo          Regresar al Centro de Mensajes

10/14/25, 11:24 AM
Updates to Unemployment Eligibility for Social Security Disability Insurance Recipients in Wisconsin
Case: 3:21-cv-00560-wmc    Document #: 186    Filed: 10/20/25    Page 11 of 14



**Subscribe to updates from Wisconsin Department of Workforce Development**

Email Address [                    ] e.g. name@example.com

[Subscribe]

Share Bulletin

# Updates to Unemployment Eligibility for Social Security Disability Insurance Recipients in Wisconsin

Wisconsin Department of Workforce Development sent this bulletin at 10/14/2025 10:00 AM CDT

Having trouble viewing this email? View it as a Web page.

### STATE OF WISCONSIN
### Department of Workforce Development
## News Release

**FOR IMMEDIATE RELEASE**
Oct. 14, 2025
CommunicationsOffice@DWD.Wisconsin.gov

### Updates to Unemployment Eligibility for Social Security Disability Insurance Recipients in Wisconsin

MADISON – Due to a recent federal court order that found that a 2013 state statute was contrary to federal law, some individuals who were ineligible for Wisconsin unemployment benefits because they received Social Security Disability Insurance (SSDI) benefits may now be eligible for past unemployment benefits.

While the Evers Administration attempted to remove the statutory provision that disqualified people who receive SSDI from also receiving unemployment benefits in his biennial budgets, the legislature did not pass his proposals and the 2013 statute remained on the books. Without the court's order, the Department of Workforce Development (DWD) had a responsibility to administer the 2013 statute. Now, per the federal court order, DWD will process unemployment insurance (UI) claims for individuals who receive SSDI.

Under the court's July 14, 2025, preliminary injunction, beginning July 20, 2025, eligible individuals were able to receive both SSDI and Wisconsin UI benefits.

In addition, on August 20, 2025, the court issued an order pertaining to individuals who filed initial claims for unemployment benefits on or after September 8, 2015, through July 29, 2025. Those individuals may now receive past Wisconsin UI benefits if they met all other eligibility requirements; **AND** received SSDI benefits; **AND** on or after September 8, 2015, through July 29, 2025, they:

- filed an initial claim for unemployment benefits in Wisconsin but were denied because they received SSDI benefits; **OR**
- had to repay unemployment benefits in Wisconsin because they received SSDI benefits.

By this release, DWD is notifying individuals affected by this court order. DWD is also mailing notices to individuals who may be eligible for past unemployment benefits.

DWD has begun processing these claims, but it will take time to complete the processing for all individuals who may be eligible.

A copy of the court's August 20, 2025 Order on Remedies can be found here: https://dwd.wisconsin.gov/uiben/ssdi-order-on-remedies.pdf

Find more information at https://dwd.wisconsin.gov/uiben/ssdi.htm

**ABOUT DWD**

Wisconsin's Department of Workforce Development efficiently delivers effective and inclusive services to meet Wisconsin's diverse workforce needs now and for the future. The department advocates for and invests in the protection and economic advancement of all Wisconsin workers, employers, and job seekers through six divisions – Employment and Training, Vocational Rehabilitation, Unemployment Insurance, Equal Rights, Worker's Compensation, and Administrative Services. To keep up with DWD announcements and information, sign up for news releases and follow us on LinkedIn, Facebook, Instagram, X, and YouTube.

Stay Connected with Wisconsin Department of Workforce Development:

    

SUBSCRIBER SERVICES:
Manage Subscriptions  |  Unsubscribe All  |  Help

Powered by



Privacy Policy | Cookie Statement | Help



# Notice: Updates to Unemployment Eligibility for Social Security Disability Insurance (SSDI) Recipients

Due to a recent federal court order that found that a state statute was contrary to federal law, some individuals who were ineligible for Wisconsin unemployment benefits because they received Social Security Disability Insurance (SSDI) benefits may now be eligible for unemployment benefits. This includes new claims for unemployment benefits and for past unemployment benefits under certain circumstances:

Under the court order, you may receive <u>past</u> Wisconsin unemployment benefits if you meet eligibility requirements **AND** if, from September 8, 2015, through July 29, 2025, you:

☐ filed an <u>initial claim</u> for unemployment benefits in Wisconsin but were denied <u>because</u> you received SSDI benefits;
  **OR**
☐ had to repay unemployment benefits in Wisconsin <u>because</u> you received SSDI benefits.

If you fit the above, call the Help Center at (414) 435-7069 or toll-free (844) 910-3661 during business hours. The Wisconsin Department of Workforce Development (DWD) will send you a notice by mail at the address you last provided to DWD. DWD is working to resolve these claims, but please note that claim processing will take time.

Find more information at dwd.wi.gov/uiben/ssdi.htm or scan here:



If you received federal Pandemic Unemployment Assistance (PUA):

- you are not eligible for both PUA and regular unemployment benefits due to federal law;
- PUA claims were paid at a higher rate than regular unemployment benefits; and
- for those reasons, additional unemployment benefits will not be paid for weeks you already received PUA payments.

A copy of the court's August 20, 2025 Order on Remedies can be found here: dwd.wi.gov/uiben/ssdi-order-on-remedies.pdf

*DWD is an equal opportunity employer and service provider. If you have a disability and need assistance with this information, please dial 7-1-1 for Wisconsin Relay Service. Please contact the Unemployment Insurance Division at (414) 435-7069 or toll-free at (844) 910-3661 to request information in an alternate format, including translated to another language.*



# Aviso: Actualizaciones sobre la Elegibilidad de Desempleo para los Beneficiarios del Seguro por Incapacidad del Seguro Social (SSDI)

Debido a una reciente orden judicial federal que determinó que un estatuto estatal era contrario a la ley federal, algunos individuos que no eran elegibles para recibir beneficios de desempleo en Wisconsin porque estaban recibiendo beneficios del Seguro por Incapacidad del Seguro Social (SSDI) ahora podrían ser elegibles para recibir beneficios de desempleo. Estoy incluye nuevas solicitudes de beneficios de desempleo y beneficios de desempleo anteriores bajo ciertas circunstancias:

Bajo el orden judicial, puede que reciba beneficios de desempleo <u>anteriores</u> de Wisconsin si cumple los requisitos de elegibilidad **Y** si del 8 de septiembre de 2015 al 29 de julio de 2025, usted:

☐ presentó una <u>solicitud inicial</u> para beneficios de desempleo en Wisconsin, pero se le negó <u>porque</u> recibió beneficios del SSDI;
**O**

☐ tuvo que reembolsar los beneficios de desempleo en Wisconsin <u>porque</u> recibiste beneficios del SSDI.

Si lo de arriba aplica a usted, llame al Centro de Ayuda al (414) 435-7069 o al número gratuito de (844) 910-3661 durante las horas de operación. El Departamento de Desarrollo de la Fuerza Laboral (DWD) de Wisconsin le enviará una notificación por correo postal a la última dirección que ha proporcionó al DWD. El DWD está trabajando para resolver estos reclamos, pero por favor nota que el procesamiento de reclamaciones llevará tiempo.

Encuentre más información en dwd.wi.gov/uiben/spanish/ssdi.htm o escanee aquí: 

Si recibió Asistencia federal de Desempleo Pandémica (PUA):

- no es elegible para PUA y beneficios de desempleo regulares debido a la ley federal;
- los reclamos de PUA se pagaron a una tasa más alta que los beneficios de desempleo regulares; y
- y por esas razones, no se pagarán beneficios de desempleo adicionales por las semanas que ya haya recibido pagos de PUA.

Una copia de la Orden sobre Remedios del tribunal del 20 de agosto de 2025 se puede encontrar aquí: dwd.wi.gov/uiben/ssdi-order-on-remedies.pdf

*DWD es un proveedor de servicios de igual oportunidad. Si usted tiene una discapacidad y necesita ayuda con esta información, marque 7-1-1 para el Servicio de Retransmisión de Wisconsin. Por favor comuníquese con la División del Seguro de Desempleo al (414) 435-7069 o al número gratis (844) 910-3661 para pedir información en un formato alternativo, incluso traducciones a otro idioma.*