Victor Forberger, Esquire

Admitted to Massachusetts and Wisconsin bars
informational blogs:   wisconsinui.wordpress.com
               linuxatty.wordpress.com

2509 Van Hise Ave Madison WI  53705

608-352-0138         608-514-7223 (fax)
vforberger@fastmail.fm
website: law.vforberger.fastmail.fm

16 April 2026

ATTN: ALJ Emily Truman
Madison Hearing Office
PO Box 7975
Madison WI 53707                         Sent via facsimile: 608-327-6498 (3 pp.)

RE:     Hearing No. 26001256 / Initial Determination 260167440
        On behalf of claimant Sarah Jamieson

        Proposed factual stipulations

Dear ALJ Truman:

Here are proposed stipulations based on the U-pages provided by Ms. Sessions U49-U107 (and the previous U20-U48) for the upcoming hearing currently scheduled for Tuesday, April 21st, at 10:30 am.

1.  As shown throughout the claimant's benefit claim and payment information, discrepancies between wages being reported by the claimant and her employers meant over-payments of unemployment benefits accumulated over time. These over-payments are distinct from any over-payments related to the SSDI eligibility ban.

2.  Benefit claim and payment information for the claimant's 2013-14 benefit year is set forth on pages U24, U23, and U22.

3.  Benefit claim and payment information for the claimant's 2014-15 benefit year is set forth on pages U30, U29, U28, U27.

4.  Eligibility for regular unemployment benefits per the <u>Bemke</u> SSDI/UI class action (U15-U19) begins on Sept. 7, 2015, the week ending 09/12/2015 (week 37 of 2015) and ends on July 30, 2025, the week ending 08/02/2025 (week 31 of 2025), when the Department stopped enforcing the SSDI eligibility ban.

5.  Benefit claim and payment information for the claimant's 2015-16 benefit year is set forth on pages U36, U35, U34, U33, and U32. Week 34 of 2015 (the week ending 08/22/2015) was the start of this benefit year and the claimant's waiting week. The claimant filed additional initial claims for week 36 of 2015, the week ending 09/05/2015 (filed on 09/07/2015), week 39 of 2015, the week ending 09/26/2015 (filed on 09/30/2015), week 2 of 2016, the week ending 01/09/2016 (filed on 01/08/2016), and week 10 of 2016, the week ending 03/05/2016 (filed on 03/06/2016).

6.  Benefit claim and payment information for the claimant's 2016-17 benefit year is set forth on pages U48, U47, U46, U45, and U44.

7.  Benefit claim and payment information for the claimant's 2017-18 benefit year is set forth on pages U102, U101, U100, U99, U98, U97, U96, and U95.

8.  On August and September 2018, the Department issued the following determinations relating to the SSDI eligibility ban and the claimant (U7-U12, U58-U59, U103, U104-5, and U106-7):

• ID 180507450: the claimant did not intentionally conceal her SSDI status,
• ID 180504850: a $2274 over-payment for weeks beginning the week ending 01/11/2014[1] (and including weeks in the claimant's 2013-14 benefit year and 2014-15 benefit year),
• ID 180498090: a $769 over-payment for weeks beginning the week ending 08/22/2015 (and including weeks in the claimant's 2015-16 benefit year), and
• ID 180471030: a $1334 over-payment for weeks beginning the week ending 08/20/2016 (and including weeks in the claimant's 2016-17 benefit year and 2017-18 benefit year).

9.  Because of these over-payment determinations, the claimant is a member of the second class identified in the Bemke SSDI/UI class action.

10. There are no over-payments due the claimant relating to ID 180504850, as those over-payment predate the start of the relevant period in the Bemke SSDI/UI class action.

11. For the claimant's 2015-16 benefit year, the Department has returned over-payments beginning as of week 2 of 2016 (week ending 01/09/2016) in the amount of $421 but not for earlier weeks in that benefit year (weeks 39 through 51 of 2015 for which benefits are again due the claimant). The amount being denied the claimant for weeks 39 through 51 of 2015 is $348. *See* U58 and U105 (week 36 of 2015 is the week ending 09/05/2015 and so predates the 09/07/2015 start date for the Bemke SSDI/UI class action).

12. For the claimant's 2016-17 and 2017-18 benefit years, the Department has returned $1326 in over-payments after deducting $8 in additional over-payments tied to other wage discrepancies. As such, no further over-payments relating to these benefit years and ID 180471030 are at issue in this matter.

13. Benefit claim and payment information for the claimant's 2020 benefit year is as follows:

| Wk # | w/e | WBR | weekly wage | benefits due | benefits paid | off-sets | PUC/ LWA | all ben. due | Payment date | WC date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 02/08/20 | $180 | $1,214 | $0 | | | | $0 | | 03/27/2020 | |
| 7 | 02/15/20 | $180 | | $0 | $0 | | | $0 | | 03/27/2020 | Waiting week |
| 8 | 02/22/20 | $180 | | $180 | $180 | | | $180 | 02/24/2026 | 03/27/2020 | |
| 9 | 02/29/20 | $180 | | $180 | $180 | | | $180 | 02/24/2026 | 03/27/2020 | |
| 10 | 03/07/20 | $180 | $602.46 | $0 | $0 | | | $0 | | 03/27/2020 | |
| 11 | 03/14/20 | $180 | $222.52 | $51 | $51 | | | $51 | 02/24/2026 | 03/27/2020 | |
| 12 | 03/21/20 | $180 | $288.82 | $6 | $6 | | | $6 | 02/24/2026 | 03/27/2020 | |
| 13 | 03/28/20 | $180 | $246.12 | $35 | $35 | | | $35 | 02/24/2026 | 03/29/2020 | |
| 14 | 04/04/20 | $180 | $313.82 | $0 | $0 | $0 | | $0 | | 04/07/2020 | |
| 15 | 04/11/20 | $180 | $281.44 | $11 | $11 | | $600 | $611 | 02/27/2026 | 04/13/2020 | |
| 16 | 04/18/20 | $180 | $263.85 | $23 | $23 | | $600 | $623 | 02/24/2026 | 04/19/2020 | |

---

1  The week when the first version of the SSDI eligibility ban went into effect. *See* Gary Kluczynski, UI Hearing No. 14400214AP (30 May 2014) (https://lirc.wisconsin.gov/ucdecsns/4016.htm); *see also* "The original 2012 SSDI ban reemerges in Evers' 2021 budget proposal" (15 April 2021) (https://wisconsinui.wordpress.com/2021/04/15/the-original-2012-ssdi-ban-reemerges-in-evers-2021-budget-proposal/).

| Wk # | w/e | WBR | weekly wage | benefits due | benefits paid | off-sets | PUC/ LWA | all ben. due | Payment date | WC date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 04/25/20 | $180 | $281.44 | $11 | $11 | | $600 | $611 | 02/24/2026 | 04/26/2020 | |
| 18 | 05/02/20 | $180 | $246.26 | $35 | $35 | | $600 | $635 | 02/24/2026 | 05/03/2020 | |
| 19 | 05/09/20 | $180 | | $180 | $180 | $390 | $600 | $390 | 04/06/2021 | 05/10/2020 | |
| 20 | 05/16/20 | $180 | $474.93 | $0 | $0 | | $0 | $0 | | 05/17/2020 | |
| 21 | 05/23/20 | $180 | | $180 | $180 | $390 | $600 | $390 | 04/06/2021 | 05/24/2020 | |
| 22 | 05/30/20 | $180 | $944.79 | $0 | $0 | | $0 | $0 | | 05/31/2020 | |
| 23 | 06/06/20 | $180 | | $180 | $180 | $390 | $600 | $390 | 04/06/2021 | 06/07/2020 | |
| 24 | 06/13/20 | $180 | $606.43 | $0 | $0 | | $0 | $0 | | 06/14/2020 | |
| 25 | 06/20/20 | $180 | | $180 | $180 | $390 | $600 | $780 | 04/06/2021 | 06/21/2020 | |
| 26 | 06/27/20 | $180 | $631.44 | $0 | | | $0 | $0 | | 06/28/2020 | |
| 27 | 07/04/20 | $180 | $298.18 | $0 | | | $0 | $0 | | 07/05/2020 | |
| 28 | 07/11/20 | $180 | $703.60 | $0 | | | $0 | $0 | | 07/15/2020 | |
| 29 | 07/18/20 | $180 | $474.58 | $0 | | | $0 | $0 | | 07/19/2020 | |
| 30 | 07/25/20 | $180 | $342.00 | $0 | | | $0 | $0 | | 07/29/2020 | |
| 31 | 08/01/20 | $180 | $512.00 | $0 | | | | $0 | | 08/03/2020 | |
| 32 | 08/08/20 | $180 | $558.00 | $0 | | | | $0 | | 08/17/2020 | |
| 33 | 08/15/20 | $180 | $480.00 | $0 | | | | $0 | | 08/17/2020 | |
| 34 | 08/22/20 | | | $0 | | | | $0 | | | |

Packet pages U94-U91 for the claimant's 2020 benefit year have PUA eligibility information but not regular unemployment payment information as of 2026, which is incorporated in the table above. As such, the Department has paid the claimant the benefits due her in 2020 per the Bemke SSDI/UI class action.

14. Benefit claim and payment information for the claimant's 2021-22 benefit year is set forth on pages U89-U81. The claimant had reached her Social Security retirement age for this benefit year and so was no longer subject to the SSDI eligibility ban for the weeks being claimed in this benefit year.

15. Benefit claim and payment information for the claimant's 2022 benefit year is set forth on pages U81-U79.

16. Benefit claim and payment information for the claimant's 2025 benefit year is set forth on pages U78 and U77.

I ask that Ms. Sessions review these proposed stipulations prior to the April 21st hearing date so that we can reach an agreement on the relevant facts on April 21st. Thank you.

Sincerely,

Victor Forberger
WI Bar: 1070634

cc      Nicole Sessions (via e-mail message to Nicole.Sessions@dwd.wisconsin.gov)