IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN BEMKE, SCOTT COLLETT,
JOHN FERIOZZI, JUDY FINTZ,
SARAH JAMIESON, EVAN JOHNSON,
TRACY LONG and CLIFFORD
NEUMANN, on behalf of themselves and
similarly situated individuals,

        Plaintiffs,
                                        Case No. 21-cv-560-wmc

        v.

AMY PECHACEK, in her official capacity as
Secretary-designee of the State of Wisconsin
Department of Workforce Development,

        Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered certifying the following subclasses of plaintiffs under Rules 23(b)(1)(A) and 23(b)(2) of the Federal Rules of Civil Procedure:

1) Individuals who applied for unemployment benefits in Wisconsin after September 7, 2015, and before July 30, 2025, but were denied benefits because they received social security disability insurance ("SSDI") benefits; and

2) Individuals who were ordered to repay unemployment benefits that they received in Wisconsin after September 7, 2015, and before July 30, 2025, because they also received SSDI benefits.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Amy Pachacek on plaintiffs' claims that Wis. Stat. § 108.04(12)(f)

intentionally discriminates against plaintiffs in violation of the Americans with Disabilities Act ("ADA") and the Rehabilitation Act, and violates due process.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in plaintiffs' favor against defendant Amy Pachacek on plaintiffs' disparate impact disability discrimination claim, holding that § 108.04(12)(f) violated the ADA and the Rehabilitation Act because it had a disparate impact on disabled workers seeking unemployment insurance benefits.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered enjoining defendant Amy Pechacek, in her official capacity as Secretary-designee of the State of Wisconsin Department of Workforce Development, from enforcing Wis. Stat. § 108.04(12)(f).

Approved as to form this 7th day of July, 2026.

_____
William M. Conley
District Judge

_____          _____
Joel Turner                                        7/7/26
Clerk of Court                                     Date