**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

BRIAN BEMKE, SCOTT COLLETT,
JOHN FERIOZZI, JUDY FINTZ, SARAH
JAMIESON, EVAN JOHNSON, TRACY
LONG, and CLIFFORD NEUMANN,

Plaintiffs,

v. Case No. 21-cv-560

AMY PECHACEK, in her official capacity
as Secretary-designee of the State of Wisconsin
Department of Workforce Development,

Defendant.

---

**JOINT MOTION TO FOR EXTENSION OF TIME TO FILE PETITION FOR ATTORNEY FEES**

---

NOW COME the parties, by and through their undersigned counsel, who jointly move the Court to grant an extension of time for the plaintiffs to submit briefing and supporting materials in support of their request for attorneys' fees after mediation has been conducted through the mediation services offered by the U.S. District Court for the Western District of Wisconsin.

The grounds for this motion are that the parties have been negotiating in good faith but are at an impasse. Both parties feel that the mediation would likely overcome the remaining obstacles and permit them to submit a stipulated proposal to the court that would avoid the briefing cycle.

*(Signatures on following page)*

Dated this 4th day of September 2026.

**GINGRAS, THOMSEN & WACHS, LLP**

*/s/ Paul A. Kinne*
Paul A. Kinne
State Bar #1021493
8150 Excelsior Drive
Madison, WI 53717
Tel: 608-833-2632
Fax: 608-833-2874
kinne@gtwlawyers.com

*Attorneys for Plaintiffs*

**JOSHUA L. KAUL**
**Attorney General of Wisconsin**

*/s/ Steven C. Kilpatrick*
Steven C. Kilpatrick (SBN: 1025452)
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
kilpatricksc@doj.state.wi.us

*Attorneys for Defendant Amy Pechacek*